

103



# FINANCIAL TRADER

## TOP PERFORMER

# SOLOMON'S CHOICE

### — BY LINDA KESLAR

"MY LOVES ARE THE THREE M'S math, music and money," says Solomon Cohen. who. at 35. is scoring high in all three of his passions. His Gazelle Global Fund soared 296.9 percent last year and earned the distinction as the top-performing hedge fund of 1995. An event-driven fund of thus far $7 million-plus Gazelle. thus named by Cohen. because the species. "moves upwards and forwards at great speed." gained one of its biggest windfalls last year from positions taken in Dr Pepper 7-Up. following Cadbury Schweppes' takeover bid. With potential investors now ringing up constantly. Cohen hopes to push the offshore fund into the $100 million range. and says he's got 40 institutions interested in lining up to build that pool Moreover. Cohen is also setting up several other specialty offshore funds including one based on trading systems that certainly taps his knack for complex equations "We've developed proprietary. mathematically based tests that alert us to unusual trading patterns highly correlated to significant

directional moves in equity prices. We use software that subjects thousands of equities to these tests on a closing price basis and creates a ranked list of the top ten long and short situations."

With so much going on. Cohen sometimes finds it better to work out of home a spacious loft in lower Manhattan. instead of going to the office to face constant interruptions "I concentrate better here" he explains. and even takes time out during the day to play a Beethoven sonata or two on his magnificent Bechstein grand piano

"This was a teenage dream." says the London-bred Cohen. who has studied both piano and violin since adolescence and won a scholarship to the prestigious Guildhall School of Music after graduating from Cambridge with a masters in mathematics. For two years he studied violin and conducting, and then was forced with making a gut-wrenching choice. to pursue a career in music or finance

"It was a difficult decision. he says. "If I went into music i knew I'd be struggling financially for years even if I had a successful career So I decided to make money first and then. maybe pursue a career in music "

The son of a math professor who also consulted for financial firms in London's City. Cohen was no stranger to the intricacies of the financial world His parents rewarded him with a few hundred dollars worth of British Petroleum stock when he was just a teenager and at 16. he had the audacity to question the chairman at the company's annual meeting. who referred him to one of the company's directors. "He actually

did take the time to answer my questions after the meeting." he recalls with a grin.

At the age of 21. Cohen was trading options between classes, and went on to his first job as a pro at James Capel in 1987. where he met David Heron. now the head of derivatives trading at Smith Newcourt. a new subsidiary of Merrill Lynch. Heron taught him a thing or two about arbitrage in the swell of the U.K. merger wave of the 1980s. "David was my mentor, someone I really admire and I learned a great deal from him." says Cohen, who honed his skills as a proprietary trader for the firm. While the City suffered after the 1987 stock market crash. Cohen was non-plussed by the event. "The crash wasn't frightening. Tremendous opportunities opened up because of the tremendous mispricings."

"In 1989, I stood on the floor of the options exchange in San Francisco in the SmithKline pit at the time the company was merging with Beecham of the U.K.. and said 'God, there must be great arbitrage opportunities between Beecham in London and SmithKline here.' I suddenly became aware of the link between these things traded separately in different places. That's when I decided to take the strategies that I had used in the U.K. market and use them globally."

He set up CK Partners in 1994, and off hours. he pursues his passion for music through classical jam sessions with friends. "I love what I do." he says. enthusiastically describing all the economic factors which he believes will continue to feed a global merger wave and opportunities for event-driven hedge fund managers as himself. "There's a powerful logic in companies combining to create truly global brands," he says. "I think the consolidation and globalization is going to take place and continue to for some time to come " ∎

### TRACK RECORD

| CK PARTNERS INC. | |
|---|---|
| 1996 (first quarter) | -19.7% |
| 1995 | 296.9% |
| 1994 (6 mos.) | -5.7% |
| Cumulative Return: | 271.5% |

SOURCE: CK PARTNERS



*"If I went into music, I knew I'd be struggling financially for years, even if I had a successful career. So I decided to make money first and then, maybe, pursue a career in music," says CK Partners' Solomon Cohen.*

104

# EXIHIBIT 17

... then protect your Social Security number



# Your Social Security Statement

**Prepared especially for Solomon B. Cohen**

September 7, 2004

s0229    000169107 01 AV    0.278
SOLOMON B. COHEN
511 AVE OF THE AMERICAS APT 211
NEW YORK NY 10011-8436

*See inside for your personal information* →

**What's inside ...**

▼ Your Estimated Benefits . . . . . . . . . . . . . . . . . . 2
▼ Your Earnings Record . . . . . . . . . . . . . . . . . . . 3
▼ Some Facts About Social Security . . . . . . . . . 4
▼ If You Need More Information . . . . . . . . . . . . . 4
    To Request This *Statement* In Spanish . . . . . . 4
    *(Para Solicitar Una Declaración en Español)*

## What Social Security Means to You

This *Social Security Statement* will help you understand what Social Security means to you and your family. This *Statement* can help you better plan for your financial future. It gives you estimates of your Social Security benefits under current law. Each year, we will send you an updated *Statement* including your latest reported earnings.

Be sure to read this *Statement* carefully. If you think there may be a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of this *Statement* with your financial records.

**Social Security is for people of all ages ...**

It can help you whether you're young or old, male or female, single or with a family. It's there for you when you retire, but it's more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family when you die.

**Work to build a secure future ...**

Social Security is the largest source of income for most elderly Americans today. It is very important to remember that Social Security was never intended to be your only source of income when you retire. Social Security can't do it all. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

**About Social Security's future ...**

Social Security is a compact between generations. For more than 60 years, America has kept the promise of security for its workers and their families. But now, the Social Security system is facing serious future financial problems, and action is needed soon to make sure that the system is sound when today's younger workers are ready for retirement.

Today there are almost 36 million Americans age 65 or older. Their Social Security retirement benefits are funded by today's workers and their employers who jointly pay Social Security taxes — just as the money they paid into Social Security was used to pay benefits to those who retired before them. Unless action is taken soon to strengthen Social Security, in just 14 years we will begin paying more in benefits than we collect in taxes. Without changes, by 2042 the Social Security Trust Fund will be exhausted.* By then, the number of Americans 65 or older is expected to have doubled. There won't be enough younger people working to pay all of the benefits owed to those who are retiring. At that point, there will be enough money to pay only about 73 cents for each dollar of scheduled benefits. We will need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations as it has done in the past.

**Social Security On The Net ...**

Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read our publications, use the *Social Security Benefit Calculators* to calculate future benefits, apply for retirement, spouse's or disability benefits, or subscribe to *eNews* for up-to-date information about Social Security.

*Jo Anne B. Barnhart*

Jo Anne B. Barnhart
Commissioner

* These estimates of the future financial status of the Social Security program were produced by the actuaries at the Social Security Administration based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

K99



090704E 04S T989

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you are entitled.

▼ **Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports

when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

▼ **There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

▼ **Call us right away** at **1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. If possible, have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of Page 4.)

## Your Earnings Record at a Glance

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|
| 1995 | $ 55,403 | $ 55,403 |
| 1996 | 54,689 | 54,689 |
| 1997 | 59,615 | 59,615 |
| 1998 | 62,307 | 62,307 |
| 1999 | 0 | 0 |
| 2000 | 0 | 0 |
| 2001 | 0 | 0 |
| 2002 | 0 | 0 |
| 2003 | Not yet recorded | |

**Did you know... Social Security is more than just a retirement program? It's here to help you when you need it most.**

You and your family may be eligible for valuable benefits:

▼When you die, your family may be eligible to receive survivors benefits.

▼Social Security may help you if you become disabled—even at a young age.

▼It is possible for a young person who has worked and paid Social Security taxes in as few as two years to become eligible for disability benefits.

Social Security credits you earn move with you from job to job throughout your career.

**Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:**

Estimated taxes paid for Social Security:
You paid: $14,383
Your employers paid: $14,383

Estimated taxes paid for Medicare:
You paid: $3,362
Your employers paid: $3,362

**Note: You currently pay 6.2 percent of your salary, up to $87,900, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.**

E99

090704E 04S 1989

# Your Estimated Benefits

To qualify for benefits, you earn "credits" through your work — up to four each year. This year, for example, you earn one credit for each $900 of wages or self-employment income. When you've earned $3,600, you've earned your four credits for the year. Most people need 40 credits, earned over their working lifetime, to receive retirement benefits. For disability and survivors benefits, young people need fewer credits to be eligible .

We checked your records to see whether you have earned enough credits to qualify for benefits. If you haven't earned enough yet to qualify for any type of benefit, we can't give you a benefit estimate now. If you continue to work, we'll give you a benefit estimate when you do qualify.

**What we assumed** — If you have enough work credits, we estimated your benefit amounts using your average earnings over your working lifetime. For 2004 and later (up to retirement age), we assumed you'll continue to work and make about the same as you did in 2002 or 2003. We also included credits we assumed you earned last year and this year.

We can't provide your actual benefit amount until you apply for benefits. **And that amount may differ from the estimates stated below because:**
(1) Your earnings may increase or decrease in the future.
(2) Your estimated benefits are based on current law. **The law governing benefit amounts may change.\***
(3) Your benefit amount may be affected by **military service, railroad employment or pensions earned through work on which you did not pay Social Security tax. Visit www.socialsecurity.gov/mystatement to see whether your Social Security benefit amount will be affected.**

Generally, estimates for older workers are more accurate than those for younger workers because they're based on a longer earnings history with fewer uncertainties such as earnings fluctuations and future law changes.

These estimates are in today's dollars. After you start receiving benefits, they will be adjusted for cost-of-living increases.

▼ **\*Retirement**  To get retirement benefits, you need 40 credits of work. Your record shows you have at least 16 credits at this time, including assumed credits for last year and this year if you continue to work.

▼ **\*Disability**  To get benefits if you become disabled right now, you need 22 credits of work. Your record shows you have at least 16 credits at this time.

▼ **\*Family**  If you get retirement or disability benefits, your spouse and children also may qualify for benefits.

▼ **\*Survivors**  For your family to get survivor benefits if you die this year, you must have 22 credits of work. Your record shows you have at least 16 credits at this time.

▼ **Medicare**  To get Medicare benefits at age 65, you need 40 credits. At this time, you don't have enough credits to qualify for Medicare. However, if you don't have enough credits when you reach age 65, you may contact a local Social Security office to learn whether you're eligible to buy Medicare coverage.

**\*Your estimated benefits are based on current law. Congress has made changes to the law in the past and can do so at any time. The law governing benefit amounts may change because, by 2042, the payroll taxes collected will be enough to pay only about 73 percent of scheduled benefits.**

**We based your benefit estimates on these facts:**

Your name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Solomon B. Cohen
Your date of birth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 24, 1960
Your estimated taxable earnings per year after 2003 . . . . . . . . . . . . . None
Your Social Security number (only the last four digits
   are shown to help prevent identity theft) . . . . . . . . . . . . XXX–XX–6336

107

# Some Facts About Social Security

## About Social Security and Medicare ...

Social Security pays retirement, disability, family and survivors benefits. Medicare, a separate program run by the Centers for Medicare and Medicaid Services, helps pay for inpatient hospital care, nursing care, doctors' fees and other medical services and supplies to people age 65 and older, or to people who have been receiving Social Security disability benefits for two years **or more**. Your Social Security covered earnings qualify you for both programs.

*Here are some facts about Social Security benefits:*

▼ **Retirement** — If you were born before 1938, your full retirement age is 65. Because of a 1983 change in the law, the full retirement age will increase gradually to 67 for people born in 1960 or later.

Some people retire before their full retirement age. You can retire as early as age 62 and take your benefits at a reduced rate. If you continue working after your full retirement age, you can receive higher benefits because of additional earnings and special credits for delayed retirement.

▼ **Disability** — If you become disabled before full retirement age, you can receive disability benefits after six months if you have:
— enough credits from earnings (depending on your age, you must have earned six to 20 of your credits in the three to 10 years before you became disabled); and
— a physical or mental impairment that's expected to prevent you from doing "substantial" work for a year or more or result in death.

▼ **Family** — If you're eligible for disability or retirement benefits, your current or divorced spouse, minor children or adult children disabled before age 22 also may receive benefits. Each may qualify for up to about 50 percent of your benefit amount. The total amount depends on how many family members qualify.

▼ **Survivors** — When you die, certain members of your family may be eligible for benefits:
— your spouse age 60 or older (50 or older if disabled, or any age if caring for your children younger than age 16); and
— your children if unmarried and younger than age 18, still in school and younger than 19 years old, or adult children disabled before age 22.
If you are divorced, your ex-spouse could be eligible for a widow's or widower's benefit on your record when you die.

## Receive benefits and still work ...

You can continue to work and still get retirement or survivors benefits. If you're younger than your full retirement age, there are limits on how much you can earn without affecting your benefit amount. The limits change each year. When you apply for benefits, we'll tell you what the limits are at that time and whether work would affect your monthly benefits. When you reach full retirement age, the earnings limits no longer apply.

## Before you decide to retire ...

Think about your benefits for the long term. Everyone's situation is different. For example, be sure to consider the advantages and disadvantages of early retirement. If you choose to receive benefits before you reach full retirement age, your benefits will be permanently reduced. However, you'll receive benefits for a longer period of time.

To help you decide when is the best time for you to retire, we offer a free booklet, *Social Security — Retirement Benefits* (Publication No. 05-10035), that provides specific information about retirement. You can calculate future retirement benefits on our website at *www.socialsecurity.gov* by using the *Social Security Benefit Calculators*. There are other free publications that you may find helpful, including:

▼ *Understanding The Benefits* (No. 05-10024) — a general explanation of all Social Security benefits;

▼ *How Your Retirement Benefit Is Figured* (No. 05-10070) — an explanation of how you can calculate your benefit;

▼ *The Windfall Elimination Provision* (No. 05-10045) — how it affects your retirement or disability benefits;

▼ *Government Pension Offset* (No. 05-10007) — explanation of a law that affects spouse's or widow(er)'s benefits; and

▼ *Identity Theft And Your Social Security Number* (No. 05-10064) — what to do if you're a victim of identity theft.

We also have other leaflets and fact sheets with information about specific topics such as military service, self-employment or foreign employment. You can request So Security publications at *www.socialsecurity.gov* or by calling us at **1-800-772-1213.**

**If you need more information**—Visit *www.socialsecurity.gov/mystatement* on the Internet, contact any Social Security offi call **1-800-772-1213** or write to Social Security Administration, Office of Earnings Operations, P.O. Box 33026, Baltimore MD 21290-3026. If you're deaf or hard of hearing, call **TTY 1-800-825-0778.** If you have questions about your personal information, you must provide your complete Social Security number. If your address is incorrect on this *Statement*, ask tl Internal Revenue Service to send you a Form 8822. We don't keep your address if you're not receiving Social Security benef

**Para solicitar una *Declaración* en español, llame al 1-800-772-1213**

Form SSA-7005-SM-SI(01-2004)

4

*108*

# EXIHIBIT 18

# Bulls, Bears, and Millionaires

## Koppel

War Stories of the Trading Life

ISBN 0-7931-2393-3



...In *Bulls, Bears, and Millionaires*, Koppel has assembled this time as varied as modern financial markets. Here are floor traders, "upstairs" traders, fund managers, and even a manager of managers, herself a onetime options trader. Some trade securities, some trade futures, some trade options, some trade them all. These distinctions aside, in telling respects they are strikingly the same.... More than anything else, this is a book about adversity and failure and, ultimately, redemption.... This is fascinating reading for anyone who aspires to work in, write about, or trade in financial markets. In essence, these interviews amount to a book of insightful, refreshing, and often irreverent first-person accounts of one of the most creative, turbulent, and exciting periods in the history of modern finance."

From the Introduction by T. Eric "Rick" Kilcollin, President and CEO
Chicago Mercantile Exchange

### Praise for *BULLS, BEARS, AND MILLIONAIRES:*

"*Bulls, Bears, and Millionaires* doesn't just attempt to demystify the world of trading, it captures the souls of those who reside in it. It's insightful, honest, and entertaining—a fascinating read for both veteran traders and interested observers of the markets."

Stephen Franklin
*Chicago Tribune*

"*Bulls, Bears and Millionaires* brings the trading world to life like never before. Bob Koppel's interviews reveal the stories of some of the world's top traders, many of whom overcame considerable odds before achieving their success. I highly recommend this book."

William J. Brodsky, Chairman and CEO
Chicago Board Options Exchange

"...You feel as if you are eavesdropping on compelling tales, not about trading, but about the universe roots and incredible forces that drive these people so."

John F. (Jack) Sandner, Chairman
Chicago Mercantile Exchange

"...Koppel's knowledge of trading and gift for writing allow him to reveal the mind and soul of some of the outstanding traders of our generation."

Solomon Cohen, CEO
CK Partners

"*Bulls, Bears, and Millionaires* gives the reader a rare glimpse into the world of the professional trader. Written by one who has 'been there, done that.' Bob Koppel uncovers the much overlooked factors that ultimately determine success or failure in the high stakes arena of trading. Must reading for anyone who thinks successful speculation results from simply watching charts and watching *Wall Street Week* . . . "

Scott A. Foster, President
Dominion Capital Management, Inc.

arbor
Financial Publishing, Inc.®

it tak... to be a successful trader? What
...thing on the rise and fall of the markets?
...fortune and lose it in a single moment?
...ula for successful trading is? *Bulls, Bears,*
...e book that will reveal everything about
...rom the highs to the lows, from fantastic
...lures, from chaos to discipline and the
...ween.

...d uncensored—like the trading floor—
*...lionaires* tells the stories of some of the
...rough personal interviews with the
...vords, these men and women describe
...in the trading theater, where pulsating
...hed shouts, and pushing, shoving bodies
...of energy that fuels the furious buying
...'the market."

...n trader Robert Koppel's skillfully con-
...eal the traders' innermost desires, their
...sses, and the qualities they must develop
...—in this most pressurized and competi-
...You'll read about astounding wealth,
...zing stresses on the body, and unique
...ave imagined could help one succeed in

...ive remarkable insight into the collec-
...ives this group of millionaires and
...o speculate not only on markets and
...sense on themselves. Their everyday
...emorse, panic, fear, greed, and resent-
...ccess are discipline, focus, and confi-
...inds of

...Chicago Mercantile Exchange, who
...sire to *win,* as athlete or trader, as his

...ler whose partner once captured a
...ined him to his bed, in a scene straight

...who talks about what it's like to lose
...in his opinion, "commodity trading
...hard scenario."

...vhose skill with sleight of hand serves
...floor, where "it is not reality that mat-
...of reality."

...takes time out during the trading
...notes on his Bechstein piano because

CONTINUED FROM FRONT FLAP

*Bulls, Bears, and Millionaires* offers a rar...
the minds of the best traders in the world,
field they struggle to dominate. If you are a
will find the interviews intriguing and insi...
many parallels to your own life and invalu...
strategies for success. If you have never tr...
fascinated by the field and its players, this
expose the drama and excitement as never
ing you wondering what kind of trader you



## ABOUT THE AUTHOR

A trader for 15 years on the floor of the Chica...
Mercantile Exchange, Robert Koppel is a rec...
authority on the psychology of trading. His p...
books include *The Innergame of Trading* (Ir...
*The Outer Game of Trading* (Irwin, 1994), an...
*Intuitive Trader* (Wiley, 1996). He holds adva...
degrees in philosophy and group behavior fro...
Columbia University.

Case No. 1:08-cv-02806-ZLW Document 3-1 filed 12/29/08 USDC Colorado pg 11 of 103

*Praise for* Bulls, Bears, and Millionaires

"*Bulls, Bears, and Millionaires* is a unique look at the trading ...ater. The 'war stories' presented range from humorous to tragic ...insightful and inspirational."

—Marshall Stein, Director
Chicago Mercantile Exchange

"What's the key to making it as a trader? Ultimately, the trader ...ust refuse to be anything else but a trader. That's the lesson to be ...aned from Koppel's *Bulls, Bears, and Millionaires*. Real tales ...m real traders that walk you through their personal stories, liv... g through the low points to find success on the other side."

—Thomas Hartle, Editor
Technical Analysis of Stocks and Commodities

"An interviewer who understands the meaning of an ...titude . . . Koppel, who is also a knowledgeable trader, is very ...ept in *Bulls, Bears, and Millionaires* at extracting the best ideas ...om other successful traders! The end result . . . How can the ...ithor and interviewee best articulate the intangible attitude and ...cused direction of a good trader's methods of winning at trad... g? New traders by inference will be able to understand them... lves better and define accurately what they wish their own ...ading framework to be . . . particularly their mental attitude."

—Tim Slater, Managing Director
Dow Jones Telerate, Inc.

"The fascinating stories in *Bulls, Bears, and Millionaires* reveal ...hat it takes to succeed at business and in life. The golden thread ...at is the core of these diverse and distinctive traders is incredible ...ersistence; willingness to learn from a harsh taskmaster—the mar... et itself; the ability to submerge their egos; learning from mis... ikes; accepting responsibilities for their decisions; and being ...isciplined about keeping their perspective in the midst of two ...ery powerful human traits—greed and fear. If you are serious ...bout investing, I highly recommend this book for insight into the ...haracter, resilience and risk tolerance required to keep your head ...rhile all others around you are losing theirs."

—Linda Chandler, Former Senior Vice President,
Sutro & Co., and Author of *Winning Strategies
for Capital Formation*

# CONTENTS

*Foreword* viii
*Preface* x
*Acknowledgments* xi
*Introduction* xii

1. A Personal Tale — 1
2. Chairman Jack *Jack Sandner* — 8
3. Rocket Man *Mike Dever* — 16
4. Solomon's Mind *Solomon Cohen* — 33
5. Fly on a Rhino's Back *Timothy McAuliffe* — 47
6. Trading Suits Him *Larry Rosenberg* — 56
7. Tennis Anyone? *William H. "Toby" Crabel* — 68
8. Hook, Line, and Sinker *Dennis Weinmann* — 75
9. Seeing Is Believing *David M. Gordon* — 87
10. A View from the Bridge *Marshall Stein* — 96
11. Trades to the Beat of Her Own Drummond *Robin Mesch* — 106
12. Is There an Austrian Magician in the House? *Scott A. Foster* — 116
13. Learn to Learn *A. Thomas Shanks* — 129
14. Lady Luck *Arlene Busch* — 139
15. The Comeback Kid *Jerry Letterman* — 149
16. West of Eden *David Lansburgh* — 157
17. Tom's Edge *Tom Grossman* — 167
18. Hard Times and Losin' It *Bryan Gindoff* — 179
19. Momma Said There'd Be Days Like This *Angelo Reynolds* — 188
20. Futures and Options — 198

*Index* 204

ist use the ice ball theory. The ice ball theory is that in five bil- or years, the sun will have burned out and the Earth will be one ig ice ball, and who's going to give a damn about my pitching ien?" When you get down to it you might as well go out, do what is you want to do, and make damn sure it is the best you possi- ly can do. Don't get overblown by the significance of it, because i universal terms it is trivial. And in the end, that will be success.

Case No. 1:08-cv-02806-ZLW   Document 3-1   filed 12/29/08   USDC Colorado   pg 13 of 103

# Solomon's Mind

## Solomon Cohen

*Mr. Cohen runs CK Partners, Inc., in New York City, investment advisers to the Gazelle Global Fund Limited. The Gazelle Fund was the top-performing equities fund in 1995. Born in London, he studied mathematics at Cambridge and music at the Guildhall School of Music. He worked at James Capel & Co. in derivative sales and proprietary trading before leaving to start his own firm.*

*Q:* What first attracted you to trading?

*Solomon:* I started trading at the age of 16. But I think to really answer that question, you have to understand the character of the city of London—by which I mean the square mile—where the Stock Exchange, the Bank of England, Lloyds, and most of the other financial institutions are located, in a labyrinth of medieval lanes with names like Bread Street and Pudding Lane, a place with its own police force and governing body.

The city brings together a very odd mix of people: East End boys—I don't mean that in any derogatory sense, just in a descriptive way—people who have come straight from the fruit and veg- etable market to deal in stocks and bonds; and very educated upper-class people who have come from schools like Eton; and a third group, Jews. The city is one of the few places where in the past few hundred years Jews came and were able to set up posi- tions to become a very successful and respected group with quite a strong identity. And you had institutions in the city where there

were some very clear divisions—a bank like Rothschilds, which was a very Jewish institution, and a bank like Barings, which was very English and blue-blooded; a firm like Smith Brothers and a firm like Cazenove. These different people had to learn how to respect each other and do business together. And the city was a place full of mystery and intrigue and tradition and tribalism; full of danger for the unwary but also offering great rewards for the astute and the daring. And all of this totally fascinated me, and I very much wanted to be a part of this world.

*Q:* What was the part that you found most fascinating? Was it the dealing aspect of it? Was it making money? Was it the social relationships? Or was it just being part of this great "theater"?

*Solomon:* Well, part of it was discovering at a young age the idea that things could be traded, transactions could be carried out verbally in things that were totally abstract, and that these dealings could yield forth so much money, money on a scale which is nothing like everyday life. That's something that fascinated me. My interest in mathematics is something which developed after that.

*Q:* Are you still attracted to trading for the same reasons?

*Solomon:* The city of London has changed a lot in the last ten years, but it still retains an element of the type of place that it was, but you know, there isn't a trading floor anymore where people congregate to transact business. I would say now that the ability to trade land, buildings, factories, whole workforces anywhere in the world with a phone call or with a touch of a computer button is the ultimate in mathematical abstraction—and to have this at your fingertips on an electronic screen!

*Q:* What is it about that that you find so fascinating?

*Solomon:* Well, obviously, there's something immensely powerful about it. I mean, if you had to build a factory, it would take years or a long time to create a company and now, instantaneously and in an abstract way you can own it and there's almost no physical side to all of this. It's almost like a virtual world in that everything you do exists really on computer or on paper. It's almost like moving mountains!

*Q:* Abstract mountains.

*Solomon:* Yes. Move incredible things really with the strength of a phone call.

*Q:* Do you think there was anything in your personal background that prepared you for trading? You know, you touched on the math—we haven't yet spoken about the music—and you have mentioned your fascination with the dealing part of it. So what specifically would you say is unique about your experience that prepared you to trade?

*Solomon:* I seem to have been born with some sort of instinct.

*Q:* An intuition?

*Solomon:* Yes. I remember visiting the Eiffel Tower with my parents when I was seven years old. When I came down, realizing that the ticket my parents purchased hadn't been collected, I went up to somebody and offered them the ticket. In actuality, I just meant to give it to them, but they gave me money for it!

*Q:* Well, that wasn't so much a question of converting the abstract. It was more converting the concrete into cash!

*Solomon:* I can't really tell you where that came from. Perhaps my ancestors were the money changers in the temple in Jerusalem if you go back a few thousand years. You know, that's where the name "Cohen" comes from, I mean, officiating in the temple; I don't know about money changing!

*Q:* Right, but in my experience a lot of truth gets expressed in joke form.

*Solomon:* Yes. *Priest* is actually not the most accurate translation of Cohen. They actually would have served about two days out of the year, but the rest of the time they were more in the role of sage, judge, or doctor. Their obligation was pretty much to serve the community.

*Q:* Of course, the Hebrew translation for Cohen is priest. The Cohens were the people who officiated at the holy temple. Are you saying that this part of your background prepared you for trading? I mean, do you feel like there's something religious or culturally influenced about what you do?

*Solomon:* Well, the money changing was a joke.

*Q:* Yes, I know my ancestors served your ancestors! My ancestors were Levites, so way back when, we ministered to your needs!

*Solomon:* They're the ones that used to sing as well.

*Q:* That's right. There's a whole biblical book written about us–Leviticus.

*Solomon:* Well, you're also quite right. I think the fact that Jews were very respected in the city, hired for their skills, their financial skills, is something that stood out for me.

*Q:* So you saw this in a personal sense as an opportunity perhaps for individual recognition or achievement?

*Solomon:* Yes, I would say that is definitely true.

*Q:* I must say, Solomon, I've heard that same sentiment expressed on a number of occasions. There is a trader whom I interviewed for *The Innergame of Trading,* Jeffrey Silverman; you may know of him–who basically said something very similar to what you've expressed. He grew up in Omaha, Nebraska, in the 1950s, and said being Jewish in Nebraska then did not present too many opportunities. What really opened his eyes for the first time was when he was in grade school, and he read the biography of Bernard Baruch. He said his life changed from that day forward. So I have heard similar reports before. I guess all I was trying to establish was that this connection was significant for you and who you are today.

*Solomon:* Yes, I think at that age and at that time, that's definitely true.

*Q:* Is it still true?

*Solomon:* Not really. London has opened up so much, and these divisions really changed quite a lot. In fact, an important aspect of my trading now is the global perspective. So the divisions I spoke about earlier are starting to become blurred and to a large extent don't really exist anymore. They used to be very clear-cut, and that was something that was very striking. As I said before, there were firms that employed no Jews and there were firms that employed mainly Jews.

*Q:* So is it fair to say in the same sense that Jeff Silverman did that you viewed trading as an avenue that would allow you to cross borders and to go beyond the stereotypical divisions and the arbitrary categories and conventions of the time? I mean, as you were thinking about trading, was that one of the things that it held out for you, the ability to transcend your normal possibilities?

*Solomon:* I think that came later. It wasn't there initially, because the whole idea of financial markets was still viewed with a certain amount of disdain, I would say. I mean, in England, for a long time, money has been seen as something which is at worst dirty, but definitely not polite.

*Q:* Well, in my experience, its cleanliness is determined by who possesses it!

*Solomon:* Well, you know, there was an attitude that money was to be inherited rather than made.

*Q:* Well of course! One of the worst things you could do from that perspective was actually to earn your own money! It's so much more refined to actually get it from someone else.

Don't get me wrong. I wouldn't have minded inheritance, it just didn't happen for me that way!

*Solomon:* It is amusing. I mean, the thing that I notice as I travel around the world, and go onto the floor of different markets around the world, is how each society has its own code and set of values and its own way of thinking and doing business. Sometimes it's a strength and sometimes it's a weakness. But now we have traders from one country operating in another, and that's really started to change the entire structure and outlook of indigenous markets.

*Q:* Let's talk about the Gazelle Global Fund for a second. In 1995 it was up 297 percent and had the distinction of being the top-performing hedge fund in the world. Could you tell me a little bit about the history and thinking behind the fund?

*Solomon:* Well, in the mid-80s, I worked for James Capel, a large securities firm in London, working with big institutions and helping them to use derivatives in their trading. As I walked around the trading floor I suddenly discovered all these amazing opportunities to make money because I understood what people in different areas of the firm were doing. And so I was able to persuade my boss that I should move to proprietary trading, where I could carry out transactions on behalf of the firm for profit. And after awhile in developing my own strategies and implementing them successfully, I decided to leave and set up my own company. I just thought setting up a hedge fund was the next logical step. In fact, I would say that much of the hedge fund industry,

Case No. 1:08-cv-02806-ZLW Document 3-1 filed 12/29/08 USDC Colorado pg 15 of 103

certainly the people coming into that business over the last year or two, are skilled people who have been carrying out proprietary trades for big investment houses, and now that the technology and capital is more easily available, have been able to set up their own firms.

*Q:* How did you choose the name *Gazelle*?

*Solomon:* I thought long and hard about a name for the firm. I mean, a name is important.

*Q:* It doesn't sound very Jewish!

*Solomon:* Well, you know, there is something in Jewish tradition that the choice of name is supposed to influence outcomes.

*Q:* I know, but Gazelle sounds too much like a sacrificial offering! I don't know how that relates specifically to a fund.

*Solomon:* Well, gazelles are elegant...

*Q:* Fast-moving . . .

*Solomon:* . . . nimble animals that can leap forward and upward quickly.

*Q:* Which you've certainly been doing.

*Solomon:* Yeah, I'm happy to say that that's true.

*Q:* You mentioned something about your background earlier, the incident where you sold the unused Eiffel Tower ticket; I think it kind of begs a question. Do you think your great trading is more of a natural endowment or a set of learned skills?

*Solomon:* Ultimately, I think it's both, in the same way that you have to have talent to be a musician, but you also need training from the hands of the master.

*Q:* Talk a little bit about your music. You have a master's degree in mathematics from Cambridge, and you also you won a scholarship to the Guildhall School of Music. I've heard you take time out during the trading day to play Beethoven sonatas on your Bechstein piano. Is there any truth to that?

*Solomon:* Yes, that's absolutely true, and it's so helpful to break up the routine and stress of the day.

*Q:* It changes your state of mind and allows you to just get focused back on the trading?

*Solomon:* Yes, absolutely, there's something very spiritual and head-clearing about it.

*Q:* Let's return to the question of whether you feel trading is more of a learned skill or a natural endowment. You said that you felt in your case it was a combination of the two, so the skill set is as important as the intuition. Is that it?

*Solomon:* Yes, I think for me that's true. I mean, there are traders that I know who are completely intuitive, and others who are much more scientific.

*Q:* And they are equally successful?

*Solomon:* I think the intuitive traders are probably more volatile, their performance is more volatile. The scientific people tend to be more narrowly focused. Then all of a sudden, they'll be taken completely by surprise by something that doesn't conform to their model. I can give you an example of this.

I believe it was 1988, people were coming into the options market in London and paying very extravagant premiums for call options on a large mining company. There was one trader who is extremely well respected in the market, who is regarded as a very clever man, a real expert in a mathematical sense on options. This market maker sold a great deal of these options. According to his model, he sold them at inflated prices. On the other hand, there was another well-known character in the London market—an intuitive trader, it's better not to mention names—who the day before sold these same options. All this happened the day before Yom Kippur, and he decided—he was Jewish—that something didn't look right and he covered the entire position. He hedged his short calls one for one with stock.

On Yom Kippur, a takeover bid came out for that company. And the scientific trader, staying true to his model, lost quite a bit of money. He just lacked the flexibility or intuition to move.

*Q:* Solomon, over your trading career, are there any memorable characters that stand out?

*Solomon:* David Heron, my old boss at James Capel, was someone who I respected and admired a great deal.

*Q:* What is it about him that stood out?

*Solomon:* I had never seen someone quite like him before. He was immensely successful, and I had the opportunity to observe him at close hand for some time. I was struck by the fact that whatever he was doing, there was always this calm professionalism

Case No. 1-08-cv-02806-ZLW   Document 3-1   filed 12/29/08   USDC Colorado   pg 16 of 103

about the way that he went about his business—always calm, everything without emotion. Never trading and then keeping his fingers crossed hoping things would work out, but rather having considered all the possibilities, so that when something went wrong, it was an outcome that had already been considered. There was something rather panther-like about the way in which he operated, very sleek and sure-footed.

*Q:* Panther-like rather than gazelle-like?

*Solomon:* Yes, I would say that that's true.

*Q:* In what respect? I think of both gazelles and panthers as being sure-footed, sleek, and elegant and moving quickly and upwardly, but there certainly is something more predatory about a panther. Is that what you were trying to imply?

*Solomon:* I think there's an element of that. I'm not sure I want to say too much more on that subject. That's the aspect of markets I find least attractive!

*Q:* The predatory aspects.

*Solomon:* Yes.

*Q:* When you were at James Capel, you witnessed the 1987 stock market crash.

*Solomon:* Actually, I had left a month before.

*Q:* What was your response to the crash?

*Solomon:* I wasn't completely taken by surprise. We had had a very sharp fall in the London market at the end of July—I think it was associated with bad trade figures. The market then rebounded, and I decided to sell out. If you were paying close attention, there were a lot of indications that the astronomical rise in the market was not going to last forever. Having said that, I must add that when the crash actually came, it was quite a shocking experience. To witness this meltdown environment was very scary! It was just the idea that the unthinkable can actually happen.

*Q:* And that there was opportunity in that situation?

*Solomon:* Well, yes, of course. There was opportunity in that situation, but I think ever since I've been mindful that there's always a possibility of something of that kind occurring, and therefore when I stretch my dealings, rather than making a great deal of money nine times out of ten and then going bankrupt on the

tenth time, it's better to make a little bit less each time but to take your place at the table.

*Q:* As they say on the trading floors of Chicago, just make sure you have enough to be able to walk through that turnstile tomorrow. That's the idea, isn't it?

*Solomon:* Yes, because once you're out, you're out for good.

*Q:* What do you think is your greatest strength as a trader?

*Solomon:* It's the combination of all the skills that I have. There's an intuitive feel for the market and the ability to think very mathematically and precisely, understanding the psychology of markets and of the individuals who are behind the markets. Recognizing that information is not evenly distributed across the markets, and knowing with analyzed information I can usually come up with the right conclusion.

*Q:* What do you think is your greatest weakness as a trader?

*Solomon:* That is a very powerful question. My greatest weakness is possessing unrelenting high standards.

*Q:* That's a good weakness to have!

*Solomon:* In some ways.

*Q:* What untoward consequences do you identify?

*Solomon:* Well, I think it means overachieving in some areas at times to the expense of overall happiness.

*Q:* Well, you know, your investors are happy that you have this kind of weakness, because if you didn't, maybe they would only be looking at 97 percent or 197 percent return instead of the 297 percent return you delivered. So I don't think they're complaining about your high standards, do you?

*Solomon:* Probably not. But the people who work for me or do business with me are!

*Q:* Let's talk a little about that, Solomon. What effect does your trading have on your social relationships? We haven't discussed if you're married or not.

*Solomon:* Only to Gazelle.

*Q:* What's that?

*Solomon:* Only to the Gazelle.

*Q:* Oh, to the Gazelle! It's sounding more and more Jewish as you mention its name!

Case No. 1:08-cv-02806-ZLW Document 3-1 filed 12/29/08 USDC Colorado pg 17 of 103

*Solomon:* Let's hope no one accuses me of bestiality. I should make it clear we're talking about a virtual gazelle!

The way I tend to work is like a musician who will prepare intensely for a concert, give a performance, and then take time off. I tend to have intense bursts of concentration where I give everything. I can only sustain that for a certain period of time, and that's why I run an event-driven fund as opposed to something which requires a lower level of attention or dedication consistently day-in, day-out. The consequence of that is, there are many times when I have to be up at 2:00 or 3:00 in the morning. There have been periods where I actually traded London, New York, and Australia during the same day. That is a little bit tough trading three time zones. But then at the end of that trade, once I've brought the deal to a successful conclusion and we've earned a good rate of return, I can then give myself the luxury of a break where I will have quite a bit of time to do whatever I want.

I think that the biggest complaint of a lot of successful people is that no matter how much money they make or how good they are, they're still going to be limited to perhaps four weeks of vacation a year and still have to put in incredibly long days. And the only time people ever really get to do something wonderful—go to South America or go on a safari or something—is when they change jobs or get a few months off in between.

*Q:* What is the most wonderful thing you've ever done?

*Solomon:* I think the most wonderful thing I've ever done was spend six months traveling around the world, and as I went around to all the different places, New York, Chicago, San Francisco, Los Angeles, Hong Kong, Tokyo, Sydney, and so on, I always followed the same formula: I met people that I knew in the markets and I went onto the trading floors of the markets in those places. I also looked up distant relatives—amazingly I've got them in a multitude of places—as well as meeting people and seeing friends. That experience changed me. Just as a result of that experience I left London and decided to live in New York.

*Q:* How did you change?

*Solomon:* Well, if you spend most of your life in the place where you were born, that's pretty much all you know. As you travel, you start to put your own culture in some kind of perspective.

*Q:* You had mentioned earlier that trading gave you the ability to cross intellectual borders and categories, and now you are saying as a result of your travels, of crossing physical borders, you developed a deeper sense of who you are and how to operate. Is that correct?

*Solomon:* It was crossing borders that gave me new opportunities to trade. That trip really transformed the way I thought of doing business, by making me aware of opportunities in markets all over the world—seeing similarities and noticing differences; efficiencies and inefficiencies; strengths and weaknesses on a psychological level, on a business level. This global perspective, it's just been immensely valuable for me and has given me a sense of what I can accomplish.

*Q:* What has been the funniest moment for you as a trader?

*Solomon:* I think one of the funniest things that occurred to me was at James Capel. There was a bank of 30 dealers who would transact whatever you wanted to do with other participants in the market. I approached the desk with an order, and before I'd even opened my mouth, the head trader said, "And I'll have a fiver PA," which means, "Whatever Cohen's doing I want to buy 5,000 for my own account not even knowing what the stock is." That really made me laugh!

*Q:* It must have also made you feel pretty damn proud!

*Solomon:* The immediate question that popped into my mind was, what if I was about to sell short?

*Q:* Well, I have a feeling he was going to go short then, don't you?

*Solomon:* A lot of them didn't really understand what I was doing. They admired me, but I think some people were also afraid of me.

*Q:* What were they afraid of?

*Solomon:* I think people are afraid of things that they don't understand or maybe they felt somehow they would be taken advantage of in some way.

There was this dealer—I had spotted a great opportunity in his area which was outside of the product that I traded, and I was

Case No. 1:08-cv-02806-ZLW Document 3-1 filed 12/29/08 USDC Colorado pg 18 of 103

trying to explain it to him. And, you know, he kept questioning me and then became quite angry. I just left him. About three weeks later, he came up to me, and he said, "Solomon, do you remember that trade you wanted me to do? Now I understand it! That would have been a marvelous trade." It was something which was mathematical and guaranteed to work out. You see, he was afraid or resistant to consider the logic, reasoning. and structure behind what I was trying to do.

*Q:* Do you think traders process information differently from most people?

*Solomon:* Yes, I think we think very quickly and very effectively. We're used to making decisions on the spot because we have to. We have to absorb and process information very rapidly. If we can't get a precise answer to something, we immediately establish a range of possibilities. And I get frustrated if a friend's coming over and I ask, "What time are you coming?" and they say, "I don't know" because I'm used to crisp, efficient answers.

*Q:* Personally, I hate that also. I mean, I was raised in a family where you could answer "yes" or "no," but you could never answer "I don't know." That was just an unacceptable answer, and it is frustrating when you get it sometimes! A trader needs precision in his responses.

*Q:* What has trading taught you about yourself?

*Solomon:* Trading has taught me different things about myself at different times, according to how the situation has gone. It has taught me that I can be very disciplined, that I don't have to have external constraints imposed on me. It's taught me that I'm very self-reliant. Often I can put together the jigsaw puzzle, even though some pieces are missing and will have an insight into a trade which other traders don't perceive. Sometimes I realize I've been arrogant in the way I've done something.

It's interesting how trading teaches us something about ourselves that we don't necessarily want to know but the information is always very instructive.

I am always thinking about my trading. I look back and analyze how things have gone, why I took certain decisions, what I did with information that was available to me, how I have interacted

with other people in the marketplace, and it's always a learning experience.

*Q:* What do you think distinguishes you from everyone else in the market?

*Solomon:* I am the way that I am. It's something which is completely natural and instinctive. It's not something that I really think about. When I get into a discussion with a broker or a dealer about the way they want to handle a deal, I can see some clear differences between us.

If I had to generalize it, I would say that I think diagrammatically, in terms of abstract structure. Others tend to be more focused on detail, on smaller perspectives. Sometimes I feel like I'm looking at the whole room, while others are squinting through a keyhole.

*Q:* That's a very interesting way to put it. And the music and the mathematics? Do these give you a greater ability to see the entire room and not get lost squinting in the keyhole?

*Solomon:* Absolutely, because both mathematics and music are about structure and about the ability to see structures. If you think about algebra and how, you know, we arrive at general solutions to problems, it can be widely applied to a whole range of things. So we're looking for patterns and symmetry, and from there you can work down and apply concepts to individual situations.

*Q:* And the music?

*Solomon:* The music is also about structure.

*Q:* It's about structure, like mathematics, but in this case of music. It's about transcending structure, isn't it?

*Solomon:* In what way?

*Q:* Well, I mean music obviously has a structural base, as does mathematics. But to really understand a musical composition in some sense is to go beyond the structure of the piece to its transcendent essence.

*Solomon:* Well, often people don't see the structure in music. I mean just recently my father was saying, listening to something that Beethoven composed, "God, this is so wonderful. I don't know how somebody could have created this!" In fact, the music represents a combination of creative force, you know, something raw and original; however, there's a pattern which is followed.

Case No. 1:08-cv-02806-ZLW   Document 3-1   filed 12/29/08   USDC Colorado   pg 19 of 103

And there is a structure and a method to develop the idea musically.

Without this structure, the music would appear without form. It would not be a sonata or a symphony; it would merely be chaotic!

*Q:* But of course it is this very structure, the key if you will, which allows you to experience the whole room that transcends the structure itself.

*Solomon:* Yes. An important aspect of music that we haven't touched on is its ability to stir up powerful emotions, which is really the opposite of good trading. You don't want to let your emotions have an impact on your decisions.

*Q:* So does the actual playing of Beethoven sonatas during the trading day allow you to gratify those emotional needs, so you can approach your trading paradoxically with greater detachment and discipline?

*Solomon:* Definitely. I think I would go crazy if my entire life was spent in front of a trading screen!

*Q:* It's nice to sit down in front of a Bechstein also, isn't it?

*Solomon:* Yeah. It has always been a dream of mine to have one.

*Q:* Mine, too.

*Solomon:* Beautiful instruments. But, you know they're not so easy to come by in America.

*Q:* Neither is a return of 297 percent.

# Fly on a Rhino's Back

## Timothy McAuliffe

*Mr. McAuliffe is a member of the International Monetary Market. He has been a member and floor trader at the Chicago Mercantile Exchange since 1982.*

*Q:* What first attracted you to trading?

*Tim:* I used to gamble with other traders at racquetball. They were members of the Chicago Board of Trade, Mercantile Exchange, and Board Options Exchange.

*Q:* So your initial experience with traders was on the racquetball court?

*Tim:* I belonged to a health club when I first started to play racquetball. It was just for the fun of the game, and then one day an old-time trader, Sammy Carl, took me aside and said, "Timmy boy, you're too old to lace up your sneakers and play for nothing." So I started playing for $5 a game, and it was always double or nothing. Eventually the stakes got up to $7,000 a game with large side bets!

*Q:* This was against traders?

*Tim:* Traders and brokers, and given the size of the bets, I was playing with some very successful market makers. At some point, one of the traders suggested that I should try the markets.

Case No. 1:08-cv-02806-ZLW   Document 3-1   filed 12/29/08   USDC Colorado   pg 20 of 103

# EXIHIBIT 19

*THE PLAY..*

ACT I

## Scene 3

*Dealing room at Smith Bros in The City....*

*With all these commentators written in smaller and smaller print you can see why religious Jews have no time for anything but studying the past and why so many wear thick glasses.*

**Heaven is linked to earth via STX (London Stock Exchange Private telephone system)**

**Soncino:**    I was thinking of increasing the print size a notch or two.

**Gerald Freedman:** Mark SpecialEyes down at the opening.

**Blue Button:**    Keith Barton of Charles Stanley on the line sir...wants a price.

**Freedman:**    Cut 'im off...or no wait..make 'im 40-50 in a tenner. After he trades call them 32-42.

**Blue Button:**    'ow d'you know he's a seller?

**Freedman:**    Look, I may not be God but I <u>am</u> Gerald Freedman.

**Rashi:**    Which is close..

**Blue Button:**    Bought a tenner at 40, 32-42 they go.

**Alex Millet:**    Hello there..after we book a reverse give and take back on 50,000 at yesterday's price to our joint secret account at Hemisphere in Bermuda, what would you bid for a million?

18

# EXIHIBIT 20

# ONE NATION ©

**A satirical play by Solomon Cohen**

121

*THE PLAY..*

Tariq- *a waiter in a cafe*

Abdul, Mohammed- *wealthy oil sheikhs*

Josephus- *see included biographical notes*

Onkelus- *see included biographical notes*

Rashi- *see included biographical notes*

Tosephot- *see included biographical notes*

The Ramoh- *see included biographical notes*

Soncino

Caiphas- *Kohen Gadol or 'High Priest' during time of Christ*

Jerusalem Rabbi c 2 AD

Babylonian Rabbi c 2 AD

Jesus Christ

The Riff- *Talmudic commentator*

Singh- *Tottenham Court Rd trader*

HM Customs & Excise

Simpkins

Ashkenazi Chief Rabbi Shlomo Goren &

Sephardic Chief Rabbi Ovaadiah Yosef

Larvael Schistosoma Haematobium

Gerald Freedman – market-maker

Blue Button

Alex Millet –a dealer

Cohen, Cohen & Duffy

-*Chicago Options Specialists*

HM The Queen, Duke of Edinburgh

Police Commissioner- *Scotland Yard*

Margaret Thatcher

PM's Private Secretary

Mafia Chief

Prime Minister Tony Blair

Cheryl Blair

999 Operator

Police Constable

HRH Prince William

HRH Prince Charles

Geoffrey Hanna- A DTI Inspector

Richard Crocombe       "

José Manuel Vazquez- *a bodybuilder and professional party animal, whose signature appears on certain legal documents- see addendum*

Sir Geoffrey Howe (*Chancellor of The Exchequer*)

3

122

*THE PLAY*

# THE PLAY

Act I Scene I          A cafe in Alexandria, Egypt.

Act I Scene 2         The Heavenly Court

Act I Scene 3         Dealing room at Smith Bros.

Act II Scene I        Play-Right: As The LORD dictates so I email
                                      That's why we seal them in Lots.

Act II Scene 2        Dream/ nightmare

Act II Scene 3        10 Downing Street- meeting between, Margaret Thatcher,   Prime  Minister and The
                            Police Commissioner, Head of Scotland Yard.

Act II Scene 4        Interview room in the headquarters of the DTI (Department of Trade and Industry

Act II Scene 5        10 Downing Street, Monday morning.

Act III Scene 1       Diana has forgiven you!

Act III Scene 2       The Blairs' bedroom at 10 Downing Street

Act III Scene 3       The Queen's private bedchamber.

Act III Scene 4 Back at 10 Downing Street.

2

*FORE PLAY..*

Enc



Born in London, December 24th 1960, Solomon Ben-Tov Cohen was educated at Hasmonean Boys' School and Trinity College, Cambridge, where he read mathematics.

A gifted musician since childhood he studied piano with Margaret Hoefler (Vienna) and then violin, first at school, then with distinguished soloist the late Alfredo Campoli (Academia Santa Cecilia, Roma), interrupting his degree to complete his studies with this unique master- and returning to Cambridge to complete his degree of course.

After Cambridge, he entered the Master Class of Professor Yfrah Neaman at the Guildhall School of Music in London's Barbican, close to The City, and in between Classes, he traded equity options.

After completing his studies at the Guildhall he joined James Capel & Co, the leading London brokerage house (ranked by City institutions) at that time, before deregulation, (now HSBC James Capel) as an expert in equity derivative products before branching out into OTC markets and proprietary trading.

In 1987 before the crash he left the firm in order to- after a long break in California, his first trip to the US- start up on his own which he did at the World Trade Centre in London in October of that year.

A regular visitor to New York, major influence in his life, he first moved from London to Bermuda in 1993 with his own proprietary trading business, before deciding to move to the US permanently, having established his first investment vehicle open to investors (an offshore hedge fund) The Gazelle Global Fund Limited, and making his home in New York City.

From New York, that Fund, which he ran as Chief Investment Manager and Vice President of C K Partners, Inc, with Merrill Lynch International Limited as Prime Broker and Hemisphere Management Limited then owned by Mutual Risk Management [NYSE: MM] as Fund Administrator, earned the distinction of being named...
"the top performing equities fund for 1995." [source: MAR Hedge]

5

*THE PLAY..*



A regular benefactor of charities in the UK, as well as the US, he was presented to HRH The Princess of Wales, in 1992, at a private reception held at Spencer House, London (former London ancestral home of the late Princess Diana's family,home in London now owned by Rothschilds) following



Dance for Life, a spectacular Gala benefit event in which stars from around the world performed following the death of Rudolf Nureyev organized by Geoff Henning, director of CRUSAID, to help relieve the suffering of those with AIDS in the UK.

Reported in Barron's, January 29th 1996:
.........."He is known for taking British reserve to an extreme and did not return our phone call."

6

125

*THE PLAY..*

# HISTORICAL CHARACTERS IN PLAY

### Onkelos   200 AD

Nephew of Roman Emperor Hadrian who  found Judaism during his travels, and was so impressed that he converted, and become a great Jewish scholar and translator.

Translator of the Hebrew Bible into Aramaic, his work later being given the title Targum Onkelos (see Targum). A proselyte, he gained the respect of the leading Hebrew scholars of his day. His translation became almost as authoritative a text as the Pentateuch itself.

http://www.newadvent.org/cathen/08522a.htm

### Josephus

Jewish historian, bom A.D. 37, at Jerusalem; died about 101. He belonged to a distinguished priestly family, whose paternal ancestors he himself traces back five generations; his mother's family claimed descent from the Machabeans. He went to Rome in the year 64 with the object of procuring from Nero the release of some imprisoned Jewish priests, who were friends of his. He succeeded in winning the favour of Poppæa Sabina, the emperor's consort, and through her influence gained his cause.

### "RASHI"       Rabbi Solomon Yitzchaki   Born: Troyes, France 1040
Died: Worms, France 1105

Rashi was the outstanding Biblical commentator of the Middle Ages. He was born in Troyes, France, and lived from 1040 to 1105, surviving the massacres of the First Crusade through Europe. At twenty-five, he founded his own academy in France. Rashi's commentary on the Bible was unique.

Rashi's explanations and commentaries on the Talmud were so important that for almost a hundred years after his death, Talmud students in France and Germany concentrated their brilliant minds on discussing and elaborating on Rashi's commentary. Just as the monks were concentrating on deep philosophical discussions of Christian theology, France's Jewish scholars were focusing on the Talmud and its text. Their complicated (and sometimes convoluted) commentaries were called Tosafot (Additions).

### Tosaphot

The most famous of these Tosafists was Rashi's grandson, Rabbenu Tam, who frequently disagreed with his grandfather.Rabbi Eliezer of Touques, editor of the Tosaphot, in thirteenth-century France. The medieval village of Touques (or, as it is often spelled, Tuch) no longer exists; but the nearby village of Toucy.

7

126

*THE PLAY..*

## Moses Maimonides (1135-1204)



Born in Cordoba also known as the "Rambam", was a medieval Jewish rabbi, physician and philosopher

### SONCINO

The Soncino family hailed from the Alsatian town of Speyer and settled in Soncino, a village in northern Italy from which they took their name.

Joshua Soncino set up one of the world's first Hebrew printing presses in 1484, on which he printed Soncino's first Hebrew book, the Talmud tractate Berakoth. He also produced the first printed Hebrew Bible complete with vowels--no mean feat for the early, primitive days of printing. Soncino Press

### The Ramoh- Rabbi Moses Isserles



He came from a wealthy Jewish family in Krakow, where his father Izrael was the leader of the Jewish Community. In 1553, after being granted royal permission, he had a synagogue built in memory of his deceased wife.

A rabbi who specialized in religious law, which he codified in Poland.

c. 1525-1572  Chief Rabbi in Kraków

127

*THE PLAY..*

## OVADIAH YOSEF

Sephardic Chief Rabbi of Israel



### Shlomo Goren (1917-1994)



Israel's fourth Ashkenazi Chief Rabbi
- was born in Poland.

## JUNIOR VASQUEZ



Junior Vasquez has been dubbed the most famous House DJs in the world. Known for his huge popularity and his Sound Factory Club, which was frequented by the most rich and famous. He has worked for several high profile artists such as Madonna.

128

*THE PLAY..*

ACT I

Scene 1

*A cafe in Alexandria Egypt. Best read with thick accents, Indian will do at a push.*

**Tariq:**       Good morning, good morning! Allah ou Agbar!!!!

**Abdul & Muhamed:** *(groan)* Aiiieeeeegh! We are miserable.

**Tariq:**       What's a matter ? Everything is wonderful since God sent us the prophet Mohammed. The oil is flowing. When you get your bank balance it is on two pages because they cannot fit all the zero's on one page.

**Abdul:**       Yes, but we had more fun when we used to kill rape plunder and pillage.

**Mohamed:** I have an idea..maybe we can have the best of both worlds-have your ba'alouwa and eat it you might say. We will tell everyone that the Prophet ~~Mohammed~~ *told* us to kill rape plunder and pillage.

**Tariq:**       I don't think the Prophet will like that.

**Abdul:**       Don't be silly he's been dead for centuries.

**Tariq:**       Well...er..not quite....he ascended to heaven in a sort of space ship.

**Mohamed:** Oh not the old 'Chariot of Fire' number. God pulled that one with the prophet Elijah..this is turning into a Hollywood 'B' movie. Was it the one with a slightly wonky left engine from when it was repaired by a certain Engineering graduate?

**Tariq:**       Well...yes, actually..so tradition has it.

10

130

*THE PLAY..*

**Mohamed:** Thought so..and we'll start with the poofter/fag owner of this cafe.

**Tariq,Abdul:** Don't be stupid. We are in Alexandria named after one of the biggest poofters/fags of all time- you'll never get away with that.

**Mohamed:** Relax. My sephardic friends Saatchi and Saatchi will handle things. They are second only to the Austrians who convinced the world that Beethoven was Viennese and that Hitler was German.

**Tariq:**    (nervous ) Can a space ship land on one engine?

END OF SCENE ONE

131

*THE PLAY..*

ACT I

Scene 2

*Scene takes place at The Heavenly Court*

**Entamoeba Nana inside Solomon addressing God:**

> Begging your pardon Your Mightiness, did we ask to be born here? If we were to head
> North we would hit the brain, if we were to head South we would hit the heart, East the
> liver, West the spleen.
> Send us Moses to lead us to the promised Fresh Water Lake! As it is written, Next Year in
> the Kinneret.

**Josephus (translated Bible into latin 2000 years ago):** Lake Tiberius

**Larval fish tapeworm:** He wrote it, you big nana.

**E Nana:**   Now listen, fish -face...

**Larva:**   How dare you!

**God:**   You guys have baked your matza for the last time: OUT!

*(to Caiphas & Co)*

> That descendent of yours is worse than an Energizer Bunny. I've hit the ABORT
> MISSION button twice but he just keeps on going and going and..going..

*Caiphas & co shrug their shoulders apologetically but can't help grinning hugely. God who looks into
their hearts and not at their beckischers (Hassidic dress) or dealing badges knows that they do not
act so for personal  Gain and is impressed at the depth of their feeling for humanity that the World*

12

132

*THE PLAY..*

*should not be destroyed.* {Nothing wrong with personal gain unless it comes through hurting others intentionally.}

Caiphas has proposed his descendent for 'Eton Pop', Jesus has seconded him and the election is unanimous. God chooses to **listen** to his council. Now the Angel of Death may not approach him without his consent (like Moses).

**God** *(continuing)*: I've got one army of angels protecting him against his family, a second against MAFIA landlords, a third against the insider -dealing Freemasons of The London Stock EXCHANGE, a fourth against the Jews, a fifth against hippocritical doctors and a sixth standing by because the Moslems want him to perish so that they can say: The Jews killed the prophet Mohammed and launch a war and more against muggers as he is walking around with $5,000 cash in his pocket since Robert Bollocks at Coutts revoked his credit card...at this rate we'll be working Saturdays and Sundays! *(Starting to get angry)*

**Angel 1:**    They have treated a duchess like a flower girl and shall become the Bankers to flower girls. The duchesses will bank where flower girls are treated like duchesses -Virgin.    OSAR WILDE

**God:**    And if anyone even hints at the 'M' word I'll throw Testaments 1 & 2, the Koran and the whole of the Babylonian Talmud at them simultaneously!

**Jerusalem Rabbi:** Vot about Talmud Yerushalmi?

**Babylonian Rabbi:** You guys are lightweight!

*BONK! The whole of Talmud Yerushalmi lands on him. Since it has been a long time since he has looked at it, he has forgotten how many volumes there are.*

**Jesus:**    The Babylonians leading the Jerusalemites!

18

*133*

*THE PLAY..*

**Rashi:**                    That's a paraphrase of "The blind leading the blind".

**Josephus :**               Non vire sequita non vire.

**Onkelus:** (*add -ah to everything in Hebrew*):The blindah leading the blindah.

**Tosephot:**                They too shall end up in a ditch.

**The Riff:** (*Commentator following a commentator*): Being blind they do not realize that they are in a ditch.

**The Riff2** (*Commentator following......*):     They will have to be rescued if they will accept help.

**The "Ritblat":**           'ere, God, Mate, 'ave you thought of relocating to new offices? I could do You a nice set of chambers at 8 Southampton Row…

**Angel 1:**                 We own the Head Lease.

**Ritblat:**                 Ow! Well wot abou' a nice des res?

**Rashi:**                   Desirable residence

**Tosephot:**                When an estate agent says that it is usually anything but..

**Angel 1:**                 I think we're okay for the present..no expansion plans on the horizon.

**Singh:**                   Excusing me please ~~Sir, there is no need to have a~~ ~~🔲~~ ~~Cow (to have a cow - take too seriously) about working so~~ much…..we are open 24 hours a day 7 days a week….AND NO VAT! (*sales tax*)

**HM Customs & Excise:** Make a note of that Simpkins.

14

*134*

*THE PLAY..*

Simpkins: Yes sir.

God:        Client confidentiality?

HM C & E: Er..well..yes...(barks) remove that at once Simpkins!

Simpkins:  Certainly sir...and will you want to fuck my arse later sir?

HM C& E:   Turns red in embarrassment.

Pope John Paul I, Chief Rabbi Immanuel Jakobovits & an Ayatollah K̲ *Khomenei* *(lament in unison)*:

                                             Oy vey! Things will never be the same!

God to Angel: Turn on the TV would you?

Angel:       Which channel Your Grace?

God:        All of them of course.

HM C & E: Does He need more than one TV license to do that Simpkins?

Simpkins: Ow! Oooooooooh Ow! I'll just look that up sir. Ow!

Angel 2:    I believe you are leasing the airwaves from us.

Simpkins: 'fraid so sir!

HM C & E: Oh quite...another condom Simpkins!

Simpkins: Yes sir!

God ( *to Angel*): Send a memo to Elizabeth- I know good staff are hard to find, but this is ridiculous.

15

185

*THE PLAY..*

**Angel 3:**        I thought we weren't talking to her over Princess D...?

**God:**        Oh yes,...well, as I said..good staff are hard to find.

**Ashkenazi Chief Rabbi Goren:** I want a rebate because I do not watch TV on Saturdays.

**Sephardic Chief Rabbi Obaaadiah Yosef:** ..and I want a rebate because I do not watch anything made by As-ken-na<u>ziim</u>!

**Chief Rabbi Shlomo Goren:**        Well that doesn't leave much ..heh heh! *[ie nothing left to watch]* *(ref Lord Grade (BBC) Lord Delfont (his brother- ITV) Jeremy Isaacs (Channel Four)*

**Chief Rabbi Ovaadiah Yosef:** Ooooh! If you are going to be here I am going to request a transfer to Gehinom! On second thoughts, if <u>you</u> are here this must <u>be</u> Gehinom!

**Caiphas:** Gentlemen, please.

**Jesus** *(Tauntingly):* So do we leave the grass in the Western Wall or do we pull it out and leave it by the wayside as a sign of mourning?

**Tosephot:**        Jesus thinks they should be more concerned with hunger and poverty world-wide.

**Rashi:**        When archaeologists warned that the wall was weakening because of the grass the two chief Rabbis gave conflicting rulings..

**Tosephot:**        One ruled that the grass should be left alone even though that could mean that the Wall would collapse, whilst the other rules that the grass should be pulled out.

**Caiphas** *(to Jesus):* Oh please! Don't get them [the Chief Rabbis ] started...... Can I become Catholic?

16

136

*THE PLAY..*

**Italian Popes:** No! We were here first.

**Jesus:**    Actually I believe <u>he</u> was.

187

*THE PLAY..*

ACT I

## Scene 3

*Dealing room at Smith Bros in The City....*

*With all these commentators written in smaller and smaller print you can see why religious Jews have no time for anything but studying the past and why so many wear thick glasses.*

**Heaven is linked to earth via STX (London Stock Exchange Private telephone system)**

Soncino:              I was thinking of increasing the print size a notch or two.

Gerald Freedman: Mark SpecialEyes down at the opening.

Blue Button:          Keith Barton of Charles Stanley on the line sir...wants a price.

Freedman:            Cut 'im off...or no wait..make 'im 40-50 in a tenner. After he trades call them 32-42.

Blue Button:          'ow d'you know he's a seller?

Freedman:            Look, I may not be God but I am Gerald Freedman.

Rashi:                Which is close..

Blue Button:          Bought a tenner at 40, 32-42 they go.

Alex Millet:          Hello there..after we book a reverse give and take back on 50,000 at yesterday's price to our joint secret account at Hemisphere in Bermuda, what would you bid for a million?

18

*THE PLAY..*

**Gerald Freedman:** You're dealing for that ex Capel chap..You sure he doesn't want to buy a put whose strike price varies with the length of my socks ...unless the third Wednesday is Ramadan in which case it is the height of the moon?!!
*[bid for Consolidated Goldfields Plc was announced on Yom Kippur]*

**Blue Button:**        I managed to stuff  the Angelic Pension Fund with a million at 48.

**Angels** *(from Heaven)*: Oi!

**Freedman:**        Bid you 30 for 500,000 ...

**Alex Millet:**        OK

**Gerald Freedman** *(aside to Blue Button)*: Borrow the other half from that goody two shoes Robert Hanna -is 'e still financing that guy?

**Corporate finance:** Will the stock go below it's IPO/ original offering price?

**Proprietary Dealer:** Don't worry, we in the secondary market will absorb any losses on the primary.

**Angel1:**        What about Chinese Walls?

**Freedman:**        Well I don't know if you've been to China lately but the Wall is...well, has a few cracks or bricks missing.

**Ritblat:**        I could do you a nice return fare on Air British Honduras.

**HM Customs & Excise:** Doesn't exist anymore..renamed Belize.

**Ritblat:**        I own exclusive code sharing rights ..lots of fresh air and none of that recirculated stuff.

love

**Freezing Passengers:** We like recirculated air!

19

*THE PLAY..*

**Ritblat:**                    If they want a fan they can have a bloody fan.

**Rashi:**                      He is quoting Alan Sugar.

**Cohen, Cohen & Duffy:** Cohen's Optical limit down..take ten mins for me to figure out at what level I can make the most money...er, I mean...create an orderly market.

**Jesus** (*shaking his fist in anger*):  ......

**Gerald Freedman:** Want a market in Wood futures, boys, for near month delivery?

**Caiphas:**                   Ooooooooooooh!

**God:**      Yes. I'll buy the exchange limit at market for your pyre, Gerald, if you try to take revenge on winning clients. A main point of single capacity was to keep client identity from market -makers. If you think you can profit by hurting others you are wrong. I told Abraham I would multiply his seed as the stars in the Heavens.

There are 1 billion Catholics that say Amen at the end of their prayers, 2bn of arabs some with bank balances on two pages and....

18 million ~~Hebrews~~ Jews, slightly down from the previous high by 6m. Shall We make it: cab-1? No 'freed' man should attempt to enslave others.

Greed and desire for money serve as camouflage -the real intent is *Schadenfreude*, to force Mordechai to bend the knee to Haman.

I'll make you a market your remaining days as a market- maker in YOUR SIZE. Howeve, I fear your soul already faces a margin call ~~you meet~~ from another 'house'.

END OF ACT 1

20

*140*

# ACT II

## Scene 1

**Play – Right:**                As the L- rd dictates so I email. It is E'    MAIL

**Great - great… Uncle Moses:**  Mercifully, he does not have to use a bloody hammer
and      chisel, as I did.

**Angel:**                THAT MAKES HIM [Moses] a MASON too.

**Angel:**                G - d has reserved those tools for use only on those
whose heads are made of stone!

**Angel 2:**                Those who should have dispensed Tablets but did not.

**Moses:**                A crumbled TABLET is more easily digested.

Lot's wife ignored the warning not to look back and was
tuned into a Tablet of salt.

**Pharmacist:**                That's why we seal Them in lots.

**RAMOH:** (*Who codified the law for Ashkenazi: Jews overruled on one point only:
allowing anal intercourse between man and wife*).

:                 Sodom and Gomorra's crime was cruelty to people /
aliens including rape between men.

**Josephus:**                If all this sounds ridiculous, when the volcano
VESUVIOUS erupted the spewing lava solidified on
people they became statues of stone.

**Moses:**                Can I strike a BARGAIN with you G – d?

21

*THE PLAY..*

**God:** Always, but take care how you speak to your staff. ***Dictum Meum Pactum*** - but only if The London Stock Exchange has Me as a Member. Gerald, you are forgiven. Take care that your baskets are not self-raising or you will become the Baker not instead of the Butler.

**Rashi:** A reference to the story of Joseph.

**God** *(continuing)*: *Kol nistarot **Nikkei**-ni* [~~Psalm~~]

**Josephus:** Translated from the Hebrew means ' All secrets/ that which is hidden/ intellectual property are known/ belong to Me (God)'... and are His to reveal if He chooses.

**Solomon:** Nikkei is the name for the Tokyo stock exchange futures contract.

**Angel** *(to repentant Gerald Freedman)*: You are Freed man. Establish a school for traders so that all may learn the skills of trading and fair play from the Master - else how will the people buy food if the farmers have no place to offer their produce? *[the importance of the market-place]*

**Jesus** *(to Caiphas)*: What are you making in the Temple shekel today?

**Caiphas:** Er...er

**Jesus:** Thank you! A choice price, that's what I wanted.

**Rashi:** Bid price and offer price are the same.

**Cohen & Cohen** *(priests)*: That's only in a One 'lot'.

**Gerald Freedman:** Oh, are you members of the London Traded Options Market too?

**Angels:** We try and stay out of that place if we can.

*THE PLAY..*

## ACT II

### Scene 2

JERUSALEM

~~A dream/ nightmare~~

**Solomon:** Your Eminence, God has asked me to show you how to Play tennis. I don't play well myself, *pause*..Without being disrespectful, I was taught by Rabbi Angel at Hasmonean  Boys School in Barnet. Frankly, I think it was a tax-efficient way for the school to hire another Rabbi.

*Chief Rabbi Ovaadiah Yosef takes his racquet.*

**Solomon:** Er... I think Your Worship may play a better game holding the racquet from the other end. My father in Hove says: imagine you are shaking hands with it and you will have the right grip, not that he plays much tennis mind you.

**Chief Rabbi Ovaadiah Yosef** (*to the tennis racquet*): Shalom Aaaleichem.

**Tennis Racquet:** Aleichem Shalom!

**Solomon** (*to himself*): That's funny, I've never heard a tennis racquet do that before.....

*He then makes his first serve.*
*The Chief Rabbi returns it smashing the ball on the other side of the net.*

**God as Umpire:** Love - 15

**Solomon:** Hey, wait a minute, wait a minute. I thought you had never played this game before!?

**God:** Love-30. No arguing with the Umpire.

1/12

*THE PLAY..*

**Solomon:**                    But I wasn't arguing with the Umpire!

**God:**                    Love -40.

**Solomon:**                    Oooooooooooooooooooh!

**God:**                    Game Ovadiah Yosef.

**Ovadiah Yosef***(putting a hand on his shoulder)***:** My boy you're a sweetheart..but you've got a lot to learn (grinning). Now if you'll excuse me, I'm playing golf this afternoon with my friend Shlomo.

**Solomon:**                    Golf? Your 'friend'......Shlomo? Since when do you play golf? ...and I thought he was your arch enemy?

**Ovadiah Yosef** *(smiling):* Think about it...Can you see Israelis paying for two Chief Rabbis if they always give the same answers *(wink)*?

**God to Solomon:**        I'll arrange some lessons for you with Nastase *(Nah-stah-zee)* if you like...He's a really good player and a great coach.

END OF SCENE TWO

*THE PLAY..*

ACT II

Scene 3

*10 Downing Street. A meeting between The Prime Minister, Margaret Thatcher and The Police Commissioner, Head of Scotland Yard.*

**Police Commissioner:** Look Mrs M, I can police a crowd on Ecstasy with 10% of the manpower- they don't commit Crime! But they do need a place to dance from 4am til noon.

**PM's Private Secretary:** Oh yes! Like the May Balls at Cambridge...and whatever they're called at Oxford [*Commem Balls*].

**Mrs Thatcher** (*glaring at her Private Secretary*): Quiet you!!!

*Then turning to The Police Commissioner with a warm smiling expression ...*

**Mrs Thatcher:** Ten percent of <u>Manpower</u>.......done! By the way, I read chemistry at (*turning to her Private Secretary in her glaring tone*) <u>Oxford</u>!... (*then resuming her friendly tone and facing the Commissioner*)...3,4-methyl-dimethylene methamphetamine...I wish my son Mark would take some...it might keep him out of trouble!

*Meanwhile, in Miami Beach Florida...*

**Solomon:** Yoohoo!!! Mr Mafia Chief!

**Mafia Chief:** Jesus Christ! Who the hell iza that-ta?!

**Assistant:** Well. It's the younger Brother. He's was not expected and....well....it has caused quite a lot of trouble.

26

**Mafia Chief** (*smiling but nervous*): Yais?

**Solomon** (*timidly*): We were wondering ....well...if you could possibly concentrate on making those lovely XTC pills...and making available urgently needed medications when no doctor is available...etc...for a fee of course, and...well...cut down on the number of people you kill?

**Mafia Chief:** What do you mean eh! I don't understand. I cut-ta peo-ple down all ah de time-ah! (*Turning to his assistant*) Heh heh heh heh heh! (*Back to Solomon*) Parliamo Italiano!

**God:** In nominee Patris, Filii et S-p-i-r-i-tus S-a-n-c-t-i ...

**Mafia Chief** (*in a panic*): No no no no no, Lord! I understand, I understand! E-V_A_N_T-I-! [*Hebrew: I understand*]

**God** (*sighing*): Thank you.....and I realize even the <u>government</u> has 007 [*licence to kill*].

### END OF SCENE THREE

146

*THE PLAY..*

## ACT II

### Scene 5

*10 Downing Street, Monday morning. Mrs Thatcher is sitting at her desk with her private secretary at his.*

*Enter Sir Geoffrey Howe, Chancellor of the Exchequer.*

**Sir Geoffrey Howe:** Morning!

**Mrs Thatcher:**           Oh Geoffrey...good morning!..lovely to see you! Did you have a nice weekend.....in New York?

**Howe**(*Dumbfounded*)      :New York? I was at No 11 all weekend working on those figures for Brussels...I think you'll like them.....the wife stayed in town and on Saturday we did a bit of shopping.

**Mrs Thatcher** (*nervously*): Shopping!!!!!!!.....Music?.. Junior Vasquez!?

**Howe:**           No, I don't like jazz....

*Private Secretary (begins to laugh uncontrollably and then runs out the room,*
*Junior Vasquez is of course well- known for his own brand of very hard- core house music.*

**Howe:**           What's a matter with him?

**Thatcher:**           Oh..just ignore him....listen Geoffrey, I'd like your advice on something sensitive......I'm considering introducing drug testing for the Cabinet. What do you think?

**Howe:**           Margaret! Have you gone mad?

**Thatcher:**           Oh well..it's an American thing... one of Ronnie's ideas...you know...

147

*THE PLAY..*

**Howe:**      Well of course, no one will oppose you...but they'll resent it. And anyway...you can't exactly send the Foreign Secretary to Betty Ford for a month and then give him his job back!

**Thatcher:**      Oh of course you're right. Geoffrey, I'm so lucky to have you as my Chancellor and as a friend...you are one of the few people that I can trust and that give me good advice....

*Sir Geoffrey is touched and a little embarrassed. He is one of Mrs Thatcher's few friends.*

**Howe:**      Anytime Margaret....look. I'd better get back to those figures...what time is that drinks party with the Austrian ambassador?

**Private Secretary** *(back at his desk, recovered)*: 6pm!

**Howe:**      Right OK.

*Sir Geoffrey leaves....*

**Thatcher:**      So who is this Richard Crocombe anyway?

END OF SCENE FIVE

118

*THE PLAY.*

## ACT III

### Scene 1

**Angel 1(** *to HM The Queen)*: Diana has forgiven you! Diana has forgiven you!

Your heart-felt prayers have been heard. All should know that they come equipped with this powerful tool with which to alter their lives.

God has missed you and delights in your return. You are Jeanne d'Arc! You are Charles -le -magne! Only take care; let you and your courtiers speak cockney that your meanings be not Blairingly obvious to all.

You teach an important lesson as one person loved and accepted as Elizabeth I of Scotland and Elizabeth II of England. In your son and heir is your heritage well invested.

### *All have the same God and to God, all are as one nation.*

**Duke of Edinburgh:**     These apples are killing me! *(apples and pears = stairs)*

**The Queen:**     I need assistance in the Throne Room.

**Courtiers:**     *Puzzled faces.*

**Duke:**     She means the real one ...get on with it!

38

*Kc9*

*THE PLAY..*

ACT III


Scene 2


*The scene is the Blairs' bedroom at 10 Downing Street. It is 2am. Mrs Blair is trying to sleep. Mr Blair is sitting up in bed with a walkman on listening to the latest tapes of Buckingham Palace from GCHQ. If either HM The Queen or HRH The Duke of Edinburgh speak, the tapes may be heard only by The Prime Minister or The Home Secretary.*


**Tape:**                    These *crackle crackle* ..ple are killing me!


**Tony Blair:**              Quick! Darling! Someone is killing The Duke of Edinburgh.


**Cheryl Blair** (*trying to sleep*): Don't be silly darling. Who would want to kill The Duke of Edinburgh... he's perfectly harmless!


**Tony Blair:**              I'd better call the Emergency services.


**Cheryl Blair:**            Are you sure you're not making a mistake darling?


**Tony Blair:**              I heard the Duke say "these people are killing me".


**999 Operator:**            Thank you for calling 999...which service do you require, police fire or ambulance.


**Tony Blair:**              This is Downing Street....I need all three send round to Buckingham Palace right away.


**999 Operator:**            I'm sorry sir...due to Thatcherite cuts not reversed by subsequent Labour administrations you can only have one service. Now...which service do you require?


**Tony Blair:**              Oh...er....well... better make it police.


34

*THE PLAY..*

999 Operator:                        May I have your postcode for verification purposes?

Tony Blair:                          Psst.....Cheryl.....what's our postcode?

Cheryl Blair *(still trying to sleep):* I don't know....use The House of Commons postcode ....it's close
                                     enough.

Tony Blair:                          Er......what's The House of Commons postcode?

Cheryl Blair:                        Well.....it depends who it's for or what department......

Tony Blair *(somewhat irritated):* Look Cheryl.....don't get <u>Talmudic</u> on me......this is an emergency!

                                     Oh never mind...I'll deal with this myself and he puts the phone down.

*Mr Blair whilst on holiday jumped into the sea to rescue a drowning man. The Talmud says that he
who saves a life, it is as if he had saved the whole world. Not many world leaders would be able to do
that.*

Cheryl Blair:                        Take the car darling.....otherwise the police might detain you and you
                                     could end up at 'The Priory' held under Section 2 of the Mental Health
                                     Act. Your Appeal will be 'cancelled' and I'll have a hell of a job getting
                                     you out. Our MP is that Tory, Peter Brooke, Privy Counsellor. He did
                                     that to one of his constituents you know.

Tony Blair:                          Oh ....er ...alright then......

                                     END OF SCENE TWO

35

*THE PLAY.*

## ACT III

### Scene 3

*Outside Buckingham Palace The 999 operator has made a vague call to the police who have sent a constable along.*

**Police constable:** Excuse me, sir.....is this your vehicle?

**Tony Blair:**      Er....well....no...not exactly....

**Constable:**      In that case sir....is the owner aware of your use of this vehicle, sir?

**Tony Blair:**      Well I haven't called a referendum on the issue...but....

**Constable :**      Oh Mr Blair! Terribly sorry sir....is this an emergency? Do you need to see The Queen? I know she's up. There are people at the palace.

**Tony Blair:**      Really? Er....I mean.....yes....

*Blair drives into the courtyard, knows which door to take and gallops up the stairs towards The Queen's bedchamber unfortunately tripping on the top stair and going straight through a set of double doors and into the Queen's bedroom.*

### END OF SCENE THREE

36

152

*THE PLAY..*

## ACT III

Scene 4

*The Queen's private bedchamber, Buckingham Palace..*

*Inside, the scene resembles an Arabian nights fancy dress party with many young nubile scantily-clad young men and ladies in the room.*

*Suddenly, from a chaise longue in the middle of the room....*

**Cleopatra (The Queen):**   Blair! What is the meaning of this!

*(starting to realize he may have made a mistake)*

**Tony Blair:**          Your Majesty!

We have just got wind of a plot to kill The Duke of Edinburgh!

**Mark Anthony (Prince Philip):** I knew it! The Palace is bugged! All I said was......

**The Queen:**          Kill the Duke of Edinburgh? Who would want to kill The Duke of
Edinburgh....he's perfectly harmless.

**Tony Blair:**          Er...well......yes......by poison in fact....

*Glancing nervously around the room hardly able to take in what his eyes are seeing he notices some blue pills on a Louis XV commode.....*

**Tony Blair:**          Viagra! My doctor refused to give me any!

**Cleopatra:**          ~~So did ours~~. We have it delivered by this very nice Italian man from down
the street.

*ENTER HRH Prince William in a dressing gown*

**Prince William:**          I hope he's not Catholic!

153

*THE PLAY..*

**Prince Charles** (*wearing a smoking jacket*): Oh don't tell me they've started you on that one already!

*Turning to The Duke of Edinburgh*

**Prince Charles** (*sternly*): Now look here....he's to be allowed to go out with anyone he likes!

**Tony Blair:** Well, I had better have forensics examines these just to be on the safe side.... ....and with that said I'll ask your majesty's permission to withdraw and bid you all good night.

*He takes three steps backwards without waiting for a reply and closes the double doors in front of him in a very slick maneuver. Once outside....*

**Tony Blair** (*to himself*): Phew! That was close!

**Prince Philip:** Darling.....Blair just nicked my Viagra!

**The Queen** (*smiling*): I know darling....don't worry...we've got plenty more.

END OF SCENE FOUR

154

*THE PLAY..*

ACT III

Scene 5

*Back in the Blair's bedroom at 10 Downing Street.*
*Mrs Blair is now wide awake worrying about what is going on. Blair meanwhile has taken one of the Viagra's...anything to help relieve the stress...*

**Cheryl Blair:** Well? What happened? Did you tell The Queen?

**Tony Blair** (*undressing*): Well I'm afraid you may have been right darling....but everything's alright.....though all this running around has really got my adrenalin going....

**Cheryl Blair** (*noticing the bulge in his underpants*): So I see!

**Tony Blair:** What are you doing tomorrow....can you take the morning off?

**Cheryl Blair:** Well... I don't have to be in Court until 12.

**Tony Blair:** Are you defending or prosecuting?

**Cheryl Blair** (*hesitantly*): Well...er.....neither. I'm the Accused.......fare-dodging.

*Tony Blair laughs and jumps into bed.*

**END of PLAY**

*WITHOUT PREJUDICE*

39

(55

# EXHIBIT 21

PHILIP - K3
1600 W24th ST
PUEBLO
CO 81003

Kent

WITHOUT PREJUDICE

WILL YOU NOW PAY FOR IMPLANTS, FOLLOWING LOSS OF MOLARS

DISTRICT ATTORNEY
201 W COLEFAX
DENVER
CO 80202
12-13-07
Re: DPD # 0677789

DENVER DISTRICT
2007 DEC 17

Dear DA,

IT IS VERY IMPORTANT THAT YOU LISTEN TO ME.
THE HOSPITAL WANT TO PULL OUT ALL, LOWER MOLARS
AND GIVE ME DENTURES — I AM GAY. I REFUSE.
I HAVE TWO ABSCESS, AM IN A LOT OR PAIN AND
COULD DIE FROM THE INFECTION. JAIL DENTIST GIVE
ME 5 COURSES OF PENICILLIN — DENYING ME ORTHODONTAL
YOU FELL INTO A TRAP. SET
DR MARKUS WANGER www.IVF.LI was giv
$ 4½ MILLION 90% IN TRUST FOR ME BY THE CAYM
CHIEF JUSTICE hn ANTHONY SMELLIE IN MARC
DR WANGER CUT OFF THE $7,500 A MONTH f
DENTAL &GUM SURGERY PAYMENTS THAT THE CHIEF
JUSTICE HAD ORDERED BACK IN 2006.
YOU ARRESTED ME WITH OPEN ROOT CANALS
I HAVE THE PIECES OF TOOTH BECAUSE THEY BROKE
IN JAIL. WANGERS GAIN IS A CLIENT OR
LAUNDERS MONEY FOR SOLOMONE PEARL.

15h

WITHOUT PREJUDICE

I AM TAKING THIS TO THE US SUPREME COURT.
DENYING JAIL INMATES TREATMENT FOR
TEETH THAT CAN BE REPAIRED BUT WHICH
ARE EXTRACTED

[DENIAL OF PERIODONTAL + ORTHODONTIC
TREATMENT ~~FOR~~ ~~READING~~ AND SUBSTITUTING
EXTRACTIONS]

IS A CRUEL AND UNUSUAL PUNISHMENT

"CAT" BANNED BY INTERNATIONAL TREATY.

I WANT ~~TO~~ YOU TO FILE CRIMINAL CHARGES
AGAINST DR MARKUS WANGER.

SGT RODIGUEZ AT DENVER COUNTY JAIL, WHOM
I SHOWED HIM DR WANGER'S WEBSITE.
WANGER RENEGED ON PAYMENT TO WASHINGTON DC
ORAL SURGEON DR GOODMAN, 1140 19th ST NW
I HAVE THE PRESIDENT'S BACKING — I WAS LIVING
OPPOSITE THE US SUPREME COURT AT
# www.capitolhillstay.com and a US SECRET SERVICE
AGENT introduced me to DC dentist
Dr Larry Bowers who in turn referred      157

me to COHEN, GOODMAN etc MCHENICK

I AM TOP OF THE CLASS HERE at Pueblo.

Sincerely.

Solomon J Cohen

I'M going TO NEED IMPLANTS BECAUSE you
ARRESTED ME.
ARREST THEM NOT ME

CMHIP iS SLOWING my READINESS FOR TRIAL
BY REFUSING ME ADDERAL 5mg BID.

that is the medication I usually take from
psychiatrists.
2002 — 2007 I received DESOXYN 10mg BID
detro-methamphetamini HCl
made (MONOPOLY, Anti Trust violation) by
ABBOTT Laboratories.
$3 per 5mg tablet - which is exorbitant.
$360 a month reasn $80 for Adderral

WITHOUT PREJUDICE                                            158

Solomon B Cowin MA(cantab) ProSe
CMHIP-F3
1600 W24th St
PUEBLO
CO 81003

DISTRICT ATTORNEY
201 W COLFAX
DENVER
CO 80202

049J82039189
$00.41⁰
12/14/2007
Mailed From 81003
US POSTAGE

LEGAL MAIL

80202×5929

# EXHIBIT 22

that it was crystal meth. The Postal Inspectors showed up and did all of their work. I spoke with Postal Inspector Steve Hodges and two other Postal Inspectors who were here investigating. I gave my verbal statement and turned over all of the exhibits referenced in this statement. The Postal Inspectors left and came back with some recording equipment to record the voice mail that Solomon Cohen had left and was saved in my in box. We were then instructed to do a written statement as well.

On Monday July 16, 2007 at around noon Solomon Cohen phoned our office wanting to set up an appointment with Bruce Rohde. Deanna was covering the phones for me as I was out to lunch. Bruce is out of town so Solomon left a voicemail. On Tuesday the voicemail was then forwarded to my phone, where it is still saved. I emailed Postal inspector Steve Hodges to let him know the latest information. He instructed me to phone him, which I did. He let me know if Solomon calls back to go ahead and set up a bogus appointment for Wednesday July 18, 2007 between 9 a.m. and 12 noon.

This information, to the best of my knowledge, is current and accurate.

Keli D. Hynes

State of Colorado    }
                     }
County of Denver    }

The foregoing instrument was acknowledged before me this 18th day of July, 2007, by Keli D. Hynes.

Witness my hand and official seal.
My commission expires: 2/8/2011

Notary Public

# EXHIBIT 23

## STATEMENT OF MARTA STRZESZEWSKI REGARDING [SOLOMAN] COHEN

My name is Marta Strzeszewski. I am an employee of Solomon Pearl Blum Heymann & Stich LLP, located at 1801 Broadway, Suite 500, Denver, Colorado 80202. I have been employed here for approximately 10 months. I am the legal secretary to Bruce Rohde, Thomas Bromberg and James Scherer.

On the morning of Tuesday, June 26, 2007, I was informed by our receptionist, Keli Hynes, that Mr. Rohde received a fax sent by a man by the name of Solomon Cohen.

On the afternoon of Thursday, June 28, 2007, Ms. Hynes came to me with yet another letter from Mr. Cohen—this one hand-delivered—which we then discussed with Mr. Rohde and other members of the office. Mr. Rohde expressed that he wanted nothing to do with this man and I jokingly forwarded Mr. Cohen's fax via email to William Blum, a partner at our New York location who Mr. Cohen claimed to know.

On the morning of Monday, July 2, 2007, Ms. Hynes forwarded me another fax from Mr. Cohen addressed to Mr. Rohde (I am copied on anything client-related which is addressed to Mr. Rohde, Mr. Bromberg and Mr. Scherer).

On Thursday, July 5, 2007, I was retrieving Mr. Rohde's voicemails (he was out of town) when I came across a message from Mr. Cohen which I then forwarded to Ms. Hynes and Deanna Staab, another secretary in the office. The reason I keep mentioning forwarding these things to Ms. Hynes and Ms. Staab is because, quite frankly, we were not taking this very seriously. Any time something came from Mr. Cohen, we almost viewed it as some sort of entertainment and just disregarded him as being a "wacko," so to speak.

On the morning of Monday, July 9, 2007, Ms. Hynes forwarded me yet another fax message from Mr. Cohen. It wasn't until this time that we began to feel unsettled about his communications with us because his letter stated something regarding "Austrians trying to kill Jews," or something of this nature.

On the afternoon of that same day, Ms. Hynes passed my office on her way to deliver what she then thought to be a personal letter to Mr. Rohde. She stopped, however, and asked me if I thought the handwriting on the letter looked familiar. It appeared to me that the handwriting on the envelope was that of Mr. Cohen's. Ms. Hynes handed me the envelope (which we both agreed to "feel funny"—the texture of it seemed odd and sort of "gritty") and I opened it with my letter opener. After slicing it open, I pulled out a letter and began to read it, but stopped because Ms. Hynes and I noticed that there was something else in the envelope. I reached in and pulled out another envelope which was folded in half with something like "CRIMINAL EVIDENCE: this was sold to me as real



crystal meth but poisoned me" written on it. I noticed that as I unfolded it to read it that, although the envelope appeared to be sealed, white powder spilled from [the cracks] and onto my desk and keyboard. Ms. Hynes and I then decided that the best thing to do would probably be to leave my office and call 911 and that is what we did. The police, fire department, HAZMAT and a representative of the United State Postal Service came to the office and discussed the ordeal with us and conducted their respective investigations. As it turns out, per tests conducted by [HAZMAT], the substance within the inner-envelope was, in fact, crystal methamphetamine.

Around noon on Monday, July 16, 2007, there was another voicemail from Mr. Cohen on Mr. Rohde's machine which was requesting an appointment at our office. I forwarded this message to Ms. Hynes so that she could discuss it with her contact person given by the authorities.

This information, to the best of my knowledge, is current and accurate.

_____
Marta Strzeszewski

State of Colorado            }
                             }
County of Denver             }

The foregoing instrument was acknowledged before me this 18th day of July, 2007, by Marta Strzeszewski.

Witness my hand and official seal:

My commission expires: May 26, 2010

My Commission Expires May 26, 2010

_____
Notary Public

# EXHIBIT 24

## WRITTEN STATEMENT OF LAURA J. PARKE
## REGARDING SOLOMON COHEN

My name is Laura J. Parke and I am an employee at Solomon Pearl Blum Heymann & Stich, LLP. I have been an employee of this firm since July 9, 2007.

On July 9, 2007 Deana Staab passed by my office at approximately 1:45 p.m. to inform me that Marta Strzeszewski had just opened an envelope from a man named Solomon Cohen that contained a "white powder substance". I walked down to Marta's office to see if she was okay and to tell her that I thought she should call the police. When I arrived at Marta's office, Keli Hynes, James F. Scherer and Deana were already there. Our office manager Regina Mattingly appeared at the doorway of Marta's office and informed us that we should leave the letter and all its contents in Marta's office and close the door. Both Marta and Keli were told to wash and sanitize there hands for safety purposes.

While Marta was on the phone with the 911 operator, I returned to her office and closed her door using the sleeve of my shirt to touch the doorknob instead of my bare skin.

Within ten minutes of Marta's phone call to 911, members of the Denver Fire Department and Police Department arrived at our office. Shortly after their arrival, members of the Hazmat team arrived to test the white powder contained in the envelope. The test proved that the powder was crystal meth.

During the time that the Hazmat team was in Marta's office, Deanna, Keli, Marta and I waited in the reception area. Marta and I ordered lunch, which was delivered at approximately 3:00 p.m. and we went to the office kitchen to eat. Mr. Hodges and another member of the US Postal Investigators arrived at our office while we were eating. During our lunch one of the investigators came into the kitchen to speak with Marta. Marta gave her verbal statement and contact information to this investigator. Shortly after, I returned to my office and was approached by the same investigator to give my verbal statement and contact information.

Mr. Steve Hodges then requested that I coordinate written statements from all employees that were involved in the July 9th incident and any other previous incidents involving Mr. Cohen's contact with our office.

This information, to the best of my knowledge, is current and accurate.

_Laura J. Parke_
Laura J. Parke

State of Colorado

County of Denver

The foregoing instrument was acknowledged before me this 18th day of July, 2007, by Laura J. Parke.

Witness my hand and official seal.
My commission expires: 2/8/2011

_Marta Strzeszewski_
Notary Public

# EXHIBIT 25



UNITED STATES POSTAL INSPECTION SERVICE

DENVER DIVISION

July 17, 2007

Honorable Mitchell R. Morrissey
Denver District Attorney
Second Judicial District
201 W. Colfax Ave.
Denver, CO 80202

Attn.: Kent Prose,
       Denver District Attorney's Office Investigator

**Case Number:**     **0690-1674302-DMI(1)**

Denver, CO:          Violation of                    by Solomon Ben-Tov Cohen.

Dear Sir:

Following are particulars concerning possible criminal violations on July 9, 2007 at 1801 Broadway #500, Denver, CO.

| | |
|---|---|
| NAME OF OFFENDER: | Solomon Ben-Tov Cohen |
| DATE OF BIRTH: | 12/24/1960 |
| ADDRESS: | Unknown |
| OCCUPATION: | Unknown |
| SSN: | 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 |
| FBI NO.: | 83165NB4 |
| ACCOMPLICES: | None known. |
| PLACE OF OFFENSE: | Solomon Pearl Blum Heymann & Stich LLP |
| | 1801 Broadway, Suite 500 |
| | Denver, CO 80202 |

DATE OF OFFENSE:          On, or about, July 9, 2007

NATURE OF OFFENSE:

On, or about, July 9, 2007, Solomon Bent-Tov Cohen caused to be mailed a First Class letter to a private business in Denver, CO. The letter contained a written message signed by Solomon Ben-Tov Cohen and a light colored powder like substance. The mailing caused the employees of the private business alarm and fear for their safety. An employee of the private business reported the matter to authorities via an emergency 911 call. Emergency services, police and fire services responded. The fire service hazardous materials unit field screened the light colored powder like substance positive for methamphetamine.

1745 STOUT STREET, SUITE 900
DENVER CO 80299-3034
TELEPHONE: 303-313-5320
FAX: 303-313-5351

- 3 -

a handwritten address. She took it to another employee, Marta Strzeszewski, to show it to her. Hynes commented that it looked like the same handwriting as the previous faxes. As Hynes opened the letter she saw the powder inside and set it down on a desk. Strzeszewski called 911.

I asked Hynes to tell me about the faxes that her office had received that she thought were related to the letter in question. Hynes said that sometime in late June 2007 her office received a fax that was a printed copy of a page from the law firm's web site of attorney Bruce E. Rohde's biography. On that page was a handwritten message. The handwritten portion asked how the person could receive meth in return for something like evidence about poison. Hynes said it was very strange. The fax was signed Solomon B. Cohen (**Exhibit 5**). Hynes provided a copy of the fax. The fax header indicated that it was sent from 3036231138, Kinko's LoDo on 6/26/07 at 19:04 hours. Later in the course of this investigation I reviewed surveillance video from the Kinko's LoDo store in Denver, CO in an effort to identify the person that sent this fax. I found the person that would have been responsible for sending the fax by correlating the fax header time and date with the surveillance system time and date and the sending fax machine time and date. The person shown on the surveillance video matches the appearance of the photograph of Solomon Ben-Tov Cohen with an alien registration number A77309675. Also, in one portion of the store video surveillance a page that had been sent on the fax had matching unique graphic features of the fax received by the law firm.

Hynes supplied me with a letter that a man identifying himself as Solomon Cohen had delivered to the law firm's Denver office. The letter is dated June 28, 2007 and signed, "Solomon Ben- Tov COHEN MA (cantab) DOB 12/24/1960". Hynes provided me the original letter but only a copy of the envelope it was enclosed in originally (**Exhibits 6 and 7**).

Hynes said her office received another fax on July 2, 2007 that indicated it was from "Solomon B Cohen MA (Cantab)". The fax consisted of two pages. The message was addressed to "Mr. Rodhe", an attorney in the law firm. The message was, "Dear Mr Rodhe, Please don't do anything re: above. Sincerely, Solomon B Cohen MA (Cantab)". Hynes provided me with a copy of this two page fax (**Exhibit 8**).

Hynes said another fax was received by her office on July 6, 2007 (**Exhibit 9**). Again, the fax was two pages and signed "Solomon B COHEN MA (Cantab)". This fax consisted of a short message on the fax cover sheet followed by a full page letter. In the full page letter one of the paragraphs reads, "Secure a claim for damages of $1Million (I am sending your firm the poison he had me take.) on his apartment 720 16th St #416 Denver Co 80202." The context of the letter indicates that "the poison" may be crystal meth.

- 5 -

## PERSONAL AND CRIMINAL HISTORY

Solomon Ben-Tov Cohen has criminal records in California, Florida, Utah and Virginia. According the Immigration and Customs Enforcement this person has a Warrant for Alien Arrest maintained in his A file. Charges in his criminal history are for possession of a controlled substance and felony fleeing. The earliest record of Cohen in the United States is in 2000 by Immigration and Naturalization Service for entry of an alien at improper time/place.

## WITNESSES AND THEIR TESTIMONY

Keli Hynes, Solomon Pearl Blum Heymann & Stich LLP, 1801 Broadway #500, Denver, CO 80202, 303-937-7838, can testify to the events that occurred on July 9, 2007 at her place of employment in relation to the letter in question and the emergency response that followed. Additionally, she can testify to receiving faxes and one hand delivered piece of correspondence from a person identifying himself as Solomon Cohen.

Marta Strzeszewski, Solomon Pearl Blum Heymann & Stich LLP, 1801 Broadway #500, Denver, CO 80202, 303-421-2080, can testify to the events surrounding the opening of the letter in question on July 9, 2007.

Laura Parke, Solomon Pearl Blum Heymann & Stich LLP, 1801 Broadway #500, Denver, CO 80202, 720-979-9461, can testify to the events surrounding the opening of the letter in question on July 9, 2007.

Jim Leo, Denver Fire Department-HazMat, 745 W. Colfax, Denver, CO 80204, 720-913-3473, can testify to responding to 1801 Broadway #500 and field screening the powder like substance in the letter in question.

Sean Armstrong, Denver Fire Department-HazMat, 745 W. Colfax, Denver, CO 80204, 720-913-3473, can testify to responding to 1801 Broadway #500 and field screening the powder like substance in the letter in question.

Officer E. Quintana (Badge 01052), Denver Police Department-District 6, 720-913-2800, can testify to responding to 1801 Broadway #500 and releasing the letter and contents in question to Inspector Hodges.

William Blum, Solomon Pearl Blum Heymann & Stich LLP, 40 Wall St., 35th Fl, New York, NY 10005, 202-267-7600, can testify to his knowledge of a relationship that an associate of his, Dr. Markus Wanger, may have had with Cohen in 2004.

Sheila Hoffarth, FedEx Kinko's LoDo, 1509 Blake St., Denver, CO 80202, 303-623-3500, can testify to the surveillance footage of person

# EXHIBIT 26

| SUPREME COURT, STATE OF COLORADO<br>Two East 14th Avenue<br>Denver, Colorado 80203<br><br>ORIGINAL PROCEEDING, HABEAS CORPUS | Case No. 07SA361 |
|---|---|

**Plaintiff:**

THE PEOPLE OF THE STATE OF COLORADO,

v.

**Defendant:**

SOLOMON BEN-TOR COHEN.

### ORDER OF COURT

Upon consideration of the Motion to File Without Payment and Supporting Financial Affidavit and Motion for Writ of Habeas Corpus filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that said Motion to File Without Payment shall be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that said Motion for Writ of Habeas Corpus shall be, and the same hereby is, DENIED.

BY THE COURT, NOVEMBER 27, 2007.

Copies mailed via the State's mail Services Division on

Attorney General's Office
Appellate Section

Solomon B. Cohen
Register # 1550256
POB 1108
Denver, CO 80201

# EXHIBIT 27



## Trujillo, Demetria

**From:**    office@holzhacker-lawfirm.com
**Sent:**    Tuesday, May 20, 2008 9:12 AM
**To:**    Trujillo, Demetria
**Subject:** Attn. Solomon Cohen



Advokaturbüro | Rechtsanwalt

# HOLZHACKER

Dr.iur. Gerhard R. Holzhacker M.B.L.-HSG

Dear Mr. Cohen

I may inform you of the latest development of my negotiations with Dr. Beck as well as with Dr. Grabher as follows:

1.      I was not able to get hold of Dr. Wanger myself whereas I had to speak with Dr. Grabher. I informed him on Friday, May 15 of the status of our settlement talks with Mr. Howarth and that the settlement envisaged is contingent on Dr. Wanger appointing me as successor trustee and resigning himself in this capacity. I stressed the fact that time is of essence in this case due to your situation.

Dr. Grabher informed me on Monday, May 19 that Dr. Wanger is out of office from Monday to Wednesday – Thursday is a public holiday here in Liechtenstein. Furthermore, that

5/20/2008

*169*

he has spoken to Dr. Wanger on phone and that he has denied his approval to the settlement as well as to resign as Trustee. In order not to break up the negotiations I asked Dr. Grabher to arrange a telephone conference for this afternoon or on Wednesday which should give me the chance to discuss this issue with Dr. Wanger personally.

2.      As it is uncertain at this time whether we can reach the settlement envisaged due to the approach taken by Dr. Wanger I spoke with Dr. Beck and asked for Mr. Howarth's consent for an immediate release of an amount of USD 150'000 in your favour in order to allow you to deposit the bond, to retain a U.S.-attorney, to cover the fees of your attorneys and to have some money left for living.

Dr. Beck understood the urgency of your request and told me that he will try to get in contact with Mr. Howarth today and come back to me as soon as possible.

Dr. Beck confirmed to me that himself does not understand the attitude shown by Dr. Wanger.

3.      As Dr. Wanger has left Industrie- und Finanzkontor I have called Mr. Feierabend and asked him whether this recent development may now allow him to assist us in getting Dr. Wanger removed if he does not resign voluntary on your request.

I may remind you here that Mr. Feierabend has told me that due to a working relationship of his partners he does not want to expose himself to much in relation to Dr. Wanger. However, it will now depend whether this working relationship was with Dr. Wanger personally or rather with Industrie- und Finanzkontor.

If you have any queries, please, do not hesitate and call me.

Hoping to have been of assistance to you, I remain

Yours sincerely

5/20/2008

170

Dr. Gerhard Holzhacker

Advokaturbüro Holzhacker
Rechtsanwalt
Josef Rheinberger Strasse 11
Postfach 656
FL-9490 Vaduz
Tel:  +423 / 239 66 33
Fax:  +423 / 239 66 44

www.holzhacker-lawfirm.com
*************************************************************************
RECHTLICH GESCHUETZTE UND VERTRAULICHE INFORMATIONEN
Dieses E-Mail kann vertrauliche und/oder rechtlich geschützte Informationen enthalten und unterliegt dem
gesetzlich geschützten Vertrauensverhältnis zwischen Rechtsanwalt und Klient. Das unerlaubte Kopieren sowie
die unbefugte Weitergabe dieses E-Mail sind nicht gestattet. Wenn Sie nicht der richtige Adressat sind (oder
dieses E-Mail irrtümlich erhalten haben), ersuchen wir Sie uns sofort per E-Mail (office@holzhacker-lawfirm.com)
oder telefonisch (+423 / 239 66 33) zu verständigen und dieses E-Mail aus Ihrem System zu löschen. Danke für
Ihre Mitarbeit.

PRIVILEGED AND CONFIDENTIAL ATTORNEY CLIENT INFORMATION
This e-mail may contain confidential and/or privileged information and is protected by attorney/client privilege. Any
unauthorised copying, disclosure or distribution of the material in this e-mail is strictly forbidden. If you are not the
intended recipient (or have received this e-mail in error) we ask you to inform us immediately by e-mail
(office@holzhacker-lawfirm.com) or telephone (+423 / 239 66 33) and delete this message from your system.
Thank you for your cooperation.
*************************************************************************

5/20/2008

# EXHIBIT 28

E 1 81 1    08 :0 5

Postaufgabe:    1 0. JUNI 2008

*10 HP 2008. 14*

1

An das

**Fürstliche Landgericht**

9490 Vaduz

**Antragsteller:**

*Treuhänder*
*= TRUSTEE*

Dr. Markus Wanger
als Treuhänder des Corinne Diaz Trust Settlement
Herrengasse 21
9490 Vaduz

vertreten durch:



DR. IUR. JOHANNES GRABHER
RECHTSANWALT (DIPL. TREUHANDEXPERTE FH)
AEULESTRASSE 45, 9490 VADUZ, LIECHTENSTEIN
T +423/237 52 64, F +423/237 52 65
JOHANNES.GRABHER@GRABHER.LI

**Antragsgegner:**

Solomon Ben-Tov Cohen
CMHIP-F2, 1600 W 24th St, Pueblo
CO 81003-1411
USA

vertreten durch:
RA Dr. iur. Gerhard Holzhacker
Josef Rheinberger Strasse 11
9490 Vaduz

**wegen:**

Feststellung der Zulässigkeit bzw Angemessenheit einer
Verwaltungshandlung des Treuhänders
(Streitwert: CHF 50.000.- gemäss § 3 Z 17 lit c HR-LIRAK)

# ANTRAG IM RECHTSFÜRSORGEVERFAHREN
## nach Art 919 Abs 6 PRG

2-fach
Vollmacht ag. zu 8 Cg 2007.150
Beilagen lt. Verzeichnis

170

1. Der Antragsteller ist seit der Annahmeerklärung vom 06.07.2004 einziger Treuhänder des am 11.05.1990 gegründeten „Corinne Diaz Trust Settlement" mit Sitz in 9490 Vaduz.

Beweis:
- PV
- Annahmeerklärung des Antragstellers vom 06.07.2004
- Registerauszug des Corinne Diaz Trust Settlement vom 20.07.2004
- weitere Beweise vorbehalten

2. Der Antragsgegner ist Anwartschaftsberechtigter und angeblich auch Begünstigter des Corinne Diaz Trust Settlement. Beim Corinne Diaz Trust Settlement handelt es sich um einen sogenannten Discretionary Trust (Ermessenstreuhänderschaft) und sind nebst dem Antragsgegner als Bruder der Treugeberin auch noch deren weitere Geschwister, deren Eltern sowie wohltätige Organisationen als Anwartschaftsberechtigte in der Treuhandurkunde genannt.

Beweis:
- wie bisher
- Treuhandurkunde vom 11.05.1990

3. Unter Bezugnahme auf einen sogenannten „Letter of Instruction" der Treugeberin, nach welchem dem Antragsgegner der überwiegende Teil von 98 Prozent der Vermögenswerte des Corinne Diaz Trust Settlement zufliessen solle, beschlossen die frühere Treuhänderin des Corinne Diaz Trust Settlement sowie dessen Protector, dass der Antragsgegner quasi als Alleinbegünstigter anzusehen seie; doch ist dieser Beschluss aufgrund bestimmter Umstände, welche Teil des zu 8 Cg 2007.150 beim LG Vaduz geführten Verfahrens sind, aus Sicht des Antragstellers mit Nichtigkeit behaftet.

Wesentlich ist jedoch der Umstand, dass die Vermögenswerte des Corinne Diaz Trust Settlement zumindest teilweise auch für den langfristigen Unterhalt des Antragsgegners bestimmt sind.

Beweis:
- wie bisher
- Letter of Instruction der Treugeberin vom 11.05.1990
- Beizug des Aktes 8 Cg 2007.150 des LG Vaduz

172

4.  Jedoch soll der Antragsgegner mit Erklärung vom 31.01.1996 den Corinne Diaz Trust
Settlement verpflichtet haben, 2 Millionen GBP samt Zinsen sowie ein Appartement in
London an Jose Manuel Vaquez Rodriguez zu übertragen und zwar zu einem von
Jose Manuel Vaquez Rodriguez zu bestimmenden Zeitpunkt. Aufgrund einer
Zusatzerklärung vom selben Tag soll Jose Manuel Vaquez Rodriguez auch gestattet
worden sein, diese angebliche Berechtigung aus der oben dargestellten Erklärung
auf Miles Howarth zu übertragen.

Als in der Folge Miles Howarth tatsächlich Forderungen gegenüber dem Corinne Diaz
Trust Settlement erhob, sah sich der Antragsteller am 06.06.2007 veranlasst, eine
Feststellungsklage beim Landgericht Vaduz einzubringen, mit welcher die Frage
geklärt werden sollte, ob der Corinne Diaz Trust Settlement aufgrund der oben
erwähnten Schriftstücke rechtsgültig verpflichtet werden konnte.

Beweis:              - wie bisher
                     - Erklärung des Solomon Cohen vom 31.01.1996 samt
                     Zusatzerklärung

5.  Diese Klagseinbringung war auch deswegen notwendig, um gerade den
Antragsgegner als Anwartschaftsberechtigten vor vermögensrechtlichen Nachteilen
zu schützen, zumal dieser seit einigen Jahren an einer Erkrankung der Psyche leidet
und infolgedessen auch ernsthaft zu befürchten ist, dass dessen Zustand von Dritter
Seite ausgenützt werden könnte.

So war hiezu zuletzt auch auffällig, dass der Antragsgegner plötzlich mit Miles
Howarth, welcher wie oben erwähnt Anspruch auf Vermögenswerte des Corinne Diaz
Trust Settlement erhoben hatte, einig zu sein schien; dies offenbar zum eigenen
Nachteil des Antragsgegners. In diesem Zusammenhang ist ebenso fraglich, ob dem
Antragsgegner noch die notwendige Einsichtsfähigkeit zukommt um seinem
Rechtsvertreter aktuell Instruktionen in verbindlicher Weise erteilen zu können,
obschon im zu 8 Cg 2007.150 beim LG Vaduz geführten Verfahren von Seiten des
Antragsgegners vorgebracht wurde, dass der Antragsgegner durchaus die Fähigkeit
gehabt habe, seinen Rechtsvertreter zu bevollmächtigen.

Beweis:              - wie bisher

6.  Insofern war der Antragsteller – parallel zum oben erwähnten Gerichtsverfahren –
unter Berücksichtigung seiner Treuepflichten auch überaus bemüht nach
Möglichkeiten einer vergleichsweisen Bereinigung zum Vorteil sämtlicher

17c

Anwartschaftsberechtigter zu suchen und wurden dabei auch verschiedentlich konkrete Vergleichsangebote eingebracht, welche jedoch bislang entweder keine allseitige Zustimmung fanden, oder aber gerade den Interessen des Antragsgegners nicht gerecht werden konnten. In Verbindung mit diesen Vergleichsgesprächen wurde der Antragsteller zuletzt auch aufgefordert, eine Vermögensaufstellung des Corinne Diaz Trust Settlement unter Anschluss entsprechender Bankdokumente zu übermitteln.

Beweis:            - wie bisher

                        - Schreiben des RA Holzhacker vom 29.05.2008

7. Damit stellt sich für den Antragsteller nun die Frage, ob dem Antragsgegner die verlangten Informationen tatsächlich gewährt werden sollen bzw müssen, zumal aus Sicht des Antragstellers eine solche Herausgabe von Daten – auch mit Blick auf den aus Sicht des Corinne Diaz Trust Settlement möglicherweise positiven Ausgang des zu 8 Cg 2007.150 beim LG Vaduz geführten Verfahrens – sehr wohl erhebliche Nachteile für den Corinne Diaz Trust Settlement sowie in weiterer Folge auch für den Antragsgegner selbst zeitigen könnten. Insbesondere auch aus den folgenden rechtlichen Überlegungen befindet sich der Antragsteller hinsichtlich seines weiteren Vorgehens im Zweifel und vermag dieser nicht, die verfahrensgegenständliche Frage ohne Mithilfe des Gerichtes zu beurteilen:

- Nach dem Wortlaut des § 68 TrUG hat der Treuhänder den Anwartschaftsberechtigten unter anderem über Stand und Anlage des Treuvermögens Auskunft zu geben; dies allerdings nur soweit, als es deren Rechte anbelangt. Art und Umfang der allfälligen Rechte des Antragsgegners sind jedoch gerade Inhalt des zu 8 Cg 2007.150 beim LG Vaduz geführten Verfahrens und sieht sich der Antragsteller ausserstande der dort ergehenden gerichtlichen Entscheidung vorzugreifen, zumal bei einem solchen Vorgehen die Gefahr einer späteren Haftung für den Antragsteller durchaus gegeben wäre.

- Zudem fordert im hier vorliegenden Fall lediglich einer der Anwartschaftsberechtigten die verfahrensgegenständlichen Informationen ein und nicht wie es § 68 Abs 3 TrUG ausdrückt „alle Begünstigungsberechtigten einschliesslich aller Anwartschaftsberechtigten [...] gemeinsam", sodass dem Auskunftsbegehren des Antragsgegners das Geheimhaltungsinteresse der anderen Anwartschaftsberechtigten entgegenzuhalten ist. Dieses Geheimhaltungsinteresse besteht nicht zuletzt aufgrund des

175

2. Das Fürstliche Landgericht wolle den Antragsgegner als Urheber des gegenständlichen Verfahrens verpflichten, dem Antragsteller sämtliche Kosten dieses Verfahrens zu ersetzen; dies binnen 4 Wochen bei sonstiger Exekution.

Vaduz, den 10. Juni 2008

Dr. Markus Wanger als Treuhänder
des Corinne Diaz Trust Settlement

Beilagenverzeichnis:

- Annahmeerklärung des Antragstellers vom 06.07.2004
- Registerauszug des Corinne Diaz Trust Settlement vom 20.07.2004
- Treuhandurkunde vom 11.05.1990
- Letter of Instruction der Treugeberin vom 11.05.1990 [samt Übersetzung]
- Erklärung des Solomon Cohen vom 31.01.1996 samt Zusatzerklärung [samt Übersetzung]
- Schreiben des RA Holzhacker vom 29.05.2008

177

## CERTIFICATE OF TRANSLATION

I, Gian Franco DiNobili, certify that I am competent to translate this document
and that the

translation is true and accurate to the best of my abilities.


s/*Gian Franco DiNobili*
Gian Franco DiNobili

178

PLAINTIFF: WANGER (ASKING THE COURT TO DECIDE IF HE OWES YOU INFO ABOUT THE TRUST)

DEFENDENT: SOLOMON COHEN

1. THE PLAINTIFF IS SINCE THE ACCEPTANCE DOCUMENT FROM 06.07 2004 ONLY TRUSTEE OF THE CORINNE DIAZ TRUST FOUNDED ON 11.05.1990 WITH SEAT IN VADUZ.

   PROOFS: - PV
   - ACCEPTANCE DECLARATION FROM PLAINTIFF 06.07.2004
   - COPY OF REGISTER CORINNE DIAZ TRUST SETTLEMENT
   - MORE PROOF ~~HERE SEEK~~ POSSIBLE

2. THE DEFENDENT IS CLAIMANT AND ALSO SUPPOSEDLY BENEFICIARY OF THE CORINNE DIAZ TRUST. THE CORINNE DIAZ TRUST IS A SO CALLED DISCRETIONARY TRUST AND BESIDES THE PLAINTIFF AS THE BROTHER OF THE TRUST GIVER THERE ARE ALSO SIBLINGS, THEIR PARENTS AND SOME ORGANAZATIONS AS CLAIMANTS NAMED.

   PROOFS: - LIKE BEFORE
   - TRUST DOCUMENT FROM 11.05.1990

3. IN REGARDS OF A SO CALLED "LETTER OF INSTRUCTION" FROM THE TRUST GIVER, IN WHICH THE ~~PLAINTIFF~~ DEFENDANT IS TO HAVE 98% OF THE VALUE OF THE TRUST, DECIDED THE FORMER TRUSTEE AND IT'S PROTECTOR THAT THE DEFENDENT IS THEREFORE TO BE LOOKED AT AS THE SOLE BENEFICIARY; YET THIS FINDING IS BECAUSE CERTAIN CIRCUMSTANCES, WHICH ARE PART OF

THE PROCEEDINGS 8 CG 2007.150; IN THE EYES OF
THE PLAINTIFF NOT LAWFULL.
IMPORTANT IS YET THE FACT THAT THE MONNIES
IN THE TRUST ARE AT LEAST PARTIALLY FOR THE LIVING
NEEDS (EXPENSES) OF THE DEFENDENT IN THE LONG RUN.

PROOFS: - LIKE BEFORE
        - LETTER OF INSTRUCTION FROM 11.05.1990
        - COURT FILE 8 CG 2007.150 COURT IN VADUZ

FORGERY

4. BUT APPEARANTLY THE DEFENDENT SUPPOSEDLY OBLIGATED
THE TRUST WITH A DECLARATION ON 31.01.1996, TO PAY
2 MILLION GBP INCLUDING INTEREST AND ALSO AN
APPARTEMENT IN LONDON TO JOSE MANUEL VAZQMEZ
RODRIGUEZ AND THAT THE TIME OF PAYMENT IS TO
BE DETERMINED BY RODRIGUEZ. ACCORDING TO
AN ADDENDUM ON THE SAME DAY RODRIGUEZ WOULD
BE PERMITTED TO TRANSFER THIS RIGHT TO MILES
HOWARTH.
AS MILES HOWARTH ACTUALLY DID STATE CLAIM
AGAINST THE TRUST, THE PLAINTIFF
SAW HIMSELF WITHOUT CHOICE AND FILED SUIT
WITH THE LANDGERICHT VADUZ TO CLARIFY IF THE
TRUST COULD BE RIGHTFULLY OBLIGATED WITH THE
DOCUMENTS MENTIONED EARLIER.

PROOFS: - AS EARLIER
        - DECLARATION FROM SOLOMON COHEN ON 31.01.1996
          INCLUDING ADDENDUM.

180

FEW YEARS AND IT IS TO BE FEARED THAT THIS
MAY BE TAKEN ADVANTAGE OF FROM THIRD PARTIES.
IT WAS THEREFORE PRETTY APPARENT THAT ~~SOLOMON~~
SOLOMON COHEN WAS SUDDENLY IN AGREEMENT WITH
MILES HOWARTH ABOUT THE CLAIM AGAINST THE TRUST,
WHICH IS ~~AN~~ DISSADVANTAGE FOR SOLOMON COHEN.
ALSO IS QUESTIONABLE IF THE DEFENDENT IS CAPABLE
OF ~~BEING~~ ADVISING (INSTRUCTING) HIS ATTORNEY IN THE
RIGHT WAY, EXCUSD THIS WAS ALREADY ADDRESSED BY
THE PLAINTIFF IN THE PROCEEDINGS 8 CG 2007.150
THAT HE WAS PERFECTLY CAPABLE OF HIRING HIS ATTORNEY.

PROOFS: - AS BEFORE.

6. ALSO WAS THE PLAINTIFF TRYING TO FIND A SOLUTION
   FOR THE ADVANTAGE ~~FOR~~ OF ALL INVOLVED IN THE
   TRUST, ~~AND~~ YET THE PROPOSALS MADE DID NOT FIND
   AGREEMENT WITH ALL ~~CLAIMANTS~~ BENEFICIARIES,
   OR WAS NOT IN THE INTEREST OF THE DEFENDENT (COHEN)
   IN CONNECTION WITH THESE SETTLEMENT ATTEMPTS THE
   PLAINTIFF WAS ASKED TO SUBMIT ~~A~~ TRUST INFORMATION
   AND BANK STATEMENTS.

PROOFS: - LIKE BEFORE
        - LETTER FROM HOLZHACKER (ATTORNEY) FROM
                                              29. 05. 2008

7. THEREFORE THE QUESTION ARISES FOR THE PLAINTIFF,
   IF THE DEFENDENT IS ENTITLED TO THIS INFORMATION.

181

THE PROCEEDINGS 8 CG 2007.150, IN THE EYES OF
THE PLAINTIFF NOT LAWFULL.
INPORTANT IS YET THE FACT THAT THE MONNIES
IN THE TRUST ARE AT LEAST PARTIALLY FOR THE LIVING
NEEDS (EXPENSES) OF THE DEFENDENT IN THE LONG RUN.

PROOFS :- LIKE BEFORE
        - LETTER OF INSTRUCTION FROM 11.05.1990
        - COURT FILE 8 CG 2007.150 COURT IN VADUZ

4. BUT APPEARANTLY THE DEFENDANT SUPPOSEDLY OBLIGATED
THE TRUST WITH A DECLARATION ON 31.01.1996, TO PAY
2 MILLION GBP INCLUDING INTEREST AND ALSO AN
APPARTEMENT IN LONDON TO JOSE MANUEL VAZQUEZ
RODRIGUEZ. AND THAT THE TIME OF PAYMENT IS TO
BE DETERMINED BY RODRIGUEZ. ACCORDING TO
AN ADDENDUM ON THE SAME DAY RODRIGUEZ WOULD
BE PERMITTED TO TRANSFER THIS RIGHT TO MILES
HOWARTH.
AS MILES HOWARTH ACTUALLY DID STATE CLAIM
AGAINST THE TRUST, THE PLAINTIFF
SAW HIMSELF WITHOUT CHOICE AND FILED SUIT
WITH THE LANDGERICHT VADUZ TO CLARIFY IF THE
TRUST COULD BE RIGHTFULLY OBLIGATED WITH THE
DOCUMENTS MENTIONED EARLIER.

PROOFS: - AS EARLIER
        - DECLARATION FROM SOLOMON COHEN ON 31.01.1996
          INCLUDING ADDENDUM.

180

FEW YEARS AND IT IS TO BE FEARED THAT THIS MAY BE TAKEN ADVANTAGE OF FROM THIRD PARTIES. IT WAS THEREFORE PRETTY APPARENT THAT ~~SOLOMON~~ SOLOMON COHEN WAS SUDDENLY IN AGREEMENT WITH MILES HOWARTH ABOUT THE CLAIM AGAINST THE TRUST, WHICH IS ~~AN~~ DISSADVANTAGE FOR SOLOMON COHEN. ALSO IS QUESTIONABLE IF THE DEFENDENT IS CAPABLE OF ~~ACTUAL~~ ADVISING (INSTRUCTING) HIS ATTORNEY IN THE RIGHT WAY, EVENSO THIS WAS ALREADY ADDRESSED BY THE PLAINTIFF IN THE PROCEEDINGS 8.CG 2007.150 THAT HE WAS PERFECTLY CAPABLE OF HIRING HIS ATTORNEY.

PROOFS; - AS BEFORE


6. ALSO WAS THE PLAINTIFF TRYING TO FIND A SOLUTION FOR THE ADVANTAGE ~~FOR~~ OF ALL INVOLVED IN THE TRUST, ~~AND~~ YET THE PROPOSALS MADE DID NOT FIND AGREEMENT WITH ALL ~~CUSTOMERS~~ BENEFICIARIES, OR WAS NOT IN THE INTEREST OF THE DEFENDENT (COHEN) IN CONNECTION WITH THESE SETTLEMENT ATTEMPTS THE PLAINTIFF WAS ASKED TO SUBMIT ~~A~~ TRUST INFORMATION AND BANK STATEMENTS.

PROOFS: - LIKE BEFORE
        - LETTER FROM HOLZHACKER (ATTORNEY) FROM
                                    29.05.2008

7. THEREFORE THE QUESTION ARISES FOR THE PLAINTIFF, IF THE DEFENDENT IS ENTITLED TO THIS INFORMATION.

# EXHIBIT 29

*Trujillo* **PD**

| | |
|---|---|
| District Court, City and County of Denver, Colorado<br>City and County Building, Room 256<br>1437 Bannock Street<br>Denver, CO 80202 | |
| Plaintiff:   The People of the State of Colorado<br><br>Defendant: **SOLOMON BON-TOV COHEN (DOB:<br>12/24/1965)** | |
| | σ    COURT USE ONLY    σ |
| | Case Number: 07CR04282<br><br>Div.: Criminal Ctrm 13 |

## ORDER TO DISMISS CASE

The Court, having read the People's **MOTION TO DISMISS CASE**, and being fully advised therein:

[X]    Hereby Grants the People's Motion

[ ]    Hereby Denies the People's Motion

Done at Denver, Colorado this date: ___*May 16*___ , 2008

BY THE COURT:

_____
JUDGE

# EXHIBIT 30

# CORINNE DIAZ BIRTH CERTIFICATE

# (TO BE SUPPLIED)

18

EXHIBIT 31

(TO BE SUPPLIED)



# EXHIBIT 32

# PHOTO OF PLAINTIFF WITH HIS LATE SISTER
## CORINNE DIAZ
### (TO BE SUPPLIED)



# EXHIBIT 33

# CORINNE DIAZ
# DEATH CRTIFICATE
# (TO BE OBTAINED)



# CERTIFICATE OF SERVICE

I hereby certify that, on _____ a true and correct copy of the exhibits was sent by first class mail to:

Steve Hodges, Inspector
United States Postal Service
1745 Stout St, Suite 900
Denver
CO 80299

Dated:                                    Signed:

_____

Solomon Ben- Tov COHEN MA(Cantab)
Pro- SE

# CERTIFICATE OF SERVICE

I hereby certify that, on _____a true and correct copy of the exhibits was sent by first class mail to:

John E Fuller, Inspector
United States Postal Service
1745 Stout St, Suite 900
Denver
CO 80299

Dated:                          Signed:

_____

<u>Solomon Ben- Tov COHEN</u> MA(*Cantab*)
Pro- SE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on _____a true and correct copy of

the exhibits was sent by first class mail to:


                                        Hon John Suthers,Attorney General
                                        State of Colorado,
                                        1525 Sherman St
                                        Denver
                                        CO 80202



Dated:                        Signed:

                                    _____

                                        <u>Solomon Ben- Tov COHEN</u> MA(*Cantab*)
                                                Pro- SE